IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

GRANITE STATE INSURANCE COMPANY,

        Plaintiff,

   - v -

CLEARWATER INSURANCE COMPANY,
f/k/a ODYSSEY REINSURANCE CORPORATION,
f/k/a SKANDIA AMERICA REINSURANCE
CORPORATION,

        Defendant.

------------------------------------------------X

09 CV 10607

CIVIL ACTION NO.

**Rule 7.1 Statement**



RECEIVED DEC 31 2009 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Granite State Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, that are publicly held:

    Granite State Insurance Company is a wholly owned subsidiary of New Hampshire Insurance Company, which in turn is a wholly owned subsidiary of AIG Commercial Insurance Group, Inc., which in turn is a wholly owned subsidiary of Chartis Inc., which in turn is a wholly owned subsidiary of American International Group, Inc., a publicly held corporation. With the exception of the AIG Credit Facility Trust, a trust established for the sole benefit of the United States Treasury, no parent or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: New York, New York
       December 30, 2009

Mound Cotton Wollan & Greengrass

By: _____
Stuart Cotton (SC 7346)
SCotton@Moundcotton.com
One Battery Park Plaza
New York, New York 10004
(212) 804-4200