# EXHIBIT 20

Subject to Confidentiality Agreement

Apr-22-2004  01:57pm                                    12 809 0642        T-603  P.001/005  F-622

**AIG**

AIG Technical
Toxic Tort Department
80 Pine Street
New York, NY
Telephone: (212)

FAX TRANSMITTAL SHEET

TO: Jeff Generaux                      Alan Gray

FAX NUMBER: (617) 695-9084             DATE:

FROM: S. Yoon                          TOTAL NO. OF PAGES INCLUDING COVER: 5

SENDER'S DIRECT DIAL: (212) 770-1910   FAX NUMBER: (212) 344-2357

RE: Dresser

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

NOTES/COMMENTS:

---

CONFIDENTIALITY NOTE:

The information contained in this facsimile transmission is intended only for the use of the individual or entity named above. This communication contains material that is confidential and may be privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.



EXHIBIT

CONFIDENTIAL                                          GRANITE_ALAN GRAY 1766

Subject to Confidentiality Agreement

Apr-22-2004 01:57pm From-A16        212 869 0842        T-603  P.002/005  F-622



**Combined Cash Flow**

| ay Date | Payment |
|---|---|
| Jan-05 | $135,000,000 |
| Jan-06 | $86,000,000 |
| Jan-07 | $12,608,616 |
| Jan-08 | $12,994,281 |
| Jul-09 | $428,953,963 |
| Jul-10 | $59,500,000 |
|  |  |
| ominal | $735,056,859 |
| PV | $628,346,377 |



CONFIDENTIAL

GRANITE_ALAN GRAY 1767

Apr-22-2004 01:57pm From-AIG                                  212 809 0642        T-603  P.003/005  F-622

*Privileged and Confidential – Prepared at the Request of Counsel for Settlement Purposes Only –*
*Subject to Joint Defense Privilege – Preliminary Draft Subject to Review and Revision*

Payments by Carrier using 75% of the Difference between 3/17/04 and 3/23/04 Runs
Worthington/ALCO - Revised Cash Flow
April 22, 2004

| Carrier | Likely? | Potential PV Total (2004) | Participants Only PV Total (2004) | Total | 1/1/2005 | 1/1/2006 | 1/1/2007 | 1/1/2008 | 7/1/2009 | 7/1/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | 263,901,337 | 245,193,007 | 289,265,964 | 59,478,308 | 30,326,870 | 7,012,098 | 7,397,763 | 165,383,794 | 20,670,133 |
| Aetna | Yes | 441,148 | 441,148 | 561,333 | 561,333 | | | | 561,333 | |
| Aetna Casualty and Surety | Yes | 5,160,501 | 5,160,501 | 5,160,501 | 5,160,501 | | | | | |
| AIU | Yes | 14,260,064 | 14,260,064 | 16,400,587 | 2,533,799 | 6,493,458 | | | | |
| Allianz | Yes | 7,381,668 | 7,381,668 | 7,381,668 | 7,381,668 | | | | | |
| American Excess | Yes | 2,849,309 | 2,849,309 | 2,849,309 | 2,849,309 | | | | | |
| American Home Assurance | Yes | 6,023,777 | 6,023,777 | 7,782,901 | | | | | 1,900,100 | 5,469,251 |
| American Reinsurance | Yes | 3,049,607 | 3,049,607 | 3,049,607 | 3,049,607 | | | | | |
| Associated International | Yes | 335,266 | 335,266 | 335,266 | 335,266 | | | | | |
| Birmingham Fire | Yes | 878,620 | 878,620 | 1,115,556 | | | | | 5,476,896 | 2,311,095 |
| California Union | Yes | 12,553,031 | 12,553,031 | 15,972,933 | | | | | 15,972,933 | |
| Central/National | Yes | 3,796,186 | 3,796,186 | 4,830,405 | | | | | 4,830,405 | |
| Columbia Casualty | Yes | 12,669,362 | 12,669,362 | 14,226,940 | 2,533,872 | 2,673,235 | 2,820,263 | 2,975,378 | 798,574 | 336,981 |
| Continental Casualty | Yes | 2,653,030 | 2,653,030 | 2,979,194 | 530,606 | 559,789 | 590,578 | 623,059 | 3,214,191 | |
| Continental Insurance | Yes | 8,686,193 | 8,686,193 | 9,754,078 | 1,737,239 | 1,832,787 | 1,933,590 | 2,039,927 | 673,162 | |
| Denko Insurance of NY | Unlikely | 120,053 | | | | | | | 2,210,526 | |
| E&O Managers | ? | 420,848 | | | | | | | | |
| [illegible] | | | | | | | | | | |
| Employers CU | Yes | 2,569,627 | 2,569,627 | 3,017,928 | 513,925 | 542,191 | | | | |
| Employers Mutual Casualty Company | Yes | 2,982,155 | 2,982,155 | 2,982,155 | 2,982,155 | | | | | |
| Employers Reinsurance Corp. | Yes | 627,904 | 627,904 | 737,449 | 125,581 | 132,488 | | | 491,727 | |
| European General | Yes | 220,574 | 220,574 | 220,574 | 220,574 | | | | 479,381 | |
| Evanston Insurance | Yes | 882,296 | 882,296 | 882,296 | 882,296 | | | | | |
| Falcon | Yes | 882,296 | 882,296 | 1,016,223 | 176,459 | 186,165 | | | 673,599 | |
| Federal Ins | Yes | 1,175,775 | 1,175,775 | 1,175,775 | 1,175,775 | | | | | |
| Fireman's Fund | Yes | 11,733,329 | 11,733,329 | 14,929,914 | | | | | 14,929,914 | |
| First State | Yes | 10,135,055 | 10,135,055 | 11,241,250 | 3,378,352 | | | | 4,298,737 | |
| Gibraltar Insurance Co. | Yes | 3,531,819 | 3,531,819 | 4,494,015 | | | | | 4,494,015 | |
| Granite State | Yes | 20,666,229 | 20,666,229 | 26,709,676 | | | | | 18,783,458 | 7,926,218 |
| [illegible] | | | | | | | | | | |
| Harbor | Yes | [illegible] | [illegible] | [illegible] | | | | | | |
| INA | Yes | 1,934,226 | 1,934,226 | 2,169,175 | 380,490 | 401,783 | 430,121 | 453,780 | | |
| INSCO, Ltd. | Yes | 3,620,921 | 3,620,921 | 4,607,191 | | | | | 4,607,191 | |
| Insurance Comp. of State of PA | Yes | 101,718 | 101,718 | 110,483 | 101,718 | | | | | |
| ISLIC | Yes | 85,483 | 85,483 | [illegible] | | | | | 77,696 | [illegible] |
| | Yes | 5,559,370 | 5,559,370 | 6,242,802 | 1,111,874 | 1,173,027 | 1,237,544 | 1,305,608 | 1,414,785 | 52,786 |

Page 1 of 3

CONFIDENTIAL                                                                                    GRANITE_ALAN GRAY 1768

Apr-22-2004 01:57pm From-AIG 212 809 0542 T-603 P.004/005 F-622

**Privileged and Confidential – Prepared at the Request of Counsel for Settlement Purposes Only – Subject to Joint Defense Privilege – Preliminary Draft Subject to Review and Revision**

Payments by Carrier using 75% of the Difference between 3/17/04 and 3/23/04 Runs
Worthington/ALCO - Revised Cash Flow
April 22, 2004

| Carrier | Likely? | Potential PV Total (2004) | Participants Only PV Total (2004) | Nominal Total | Date 1/1/2005 | 1/1/2006 | 1/1/2007 | 1/1/2008 | 7/1/2009 | 7/1/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lexington | Yes | 1,919,638 | 1,919,638 | 2,481,000 | | | | | 165,383,704 | 20,670,133 |
| London | ? | 15,850,011 | | | | | | | | |
| Lumbermens | ? | 3,579,598 | 3,579,598 | 3,579,598 | 3,579,598 | | | | 1,744,752 | 736,248 |
| National Casualty | Yes | 1,096,492 | | | | | | | | |
| National Surety | Yes | 7,503,877 | 7,503,877 | 9,348,206 | | | | | 9,348,206 | |
| New England Insurance | Yes | 10,057,951 | 10,057,951 | 12,999,208 | | | | | 9,141,634 | 3,837,574 |
| Northbrook | Yes | 6,905,647 | 6,905,647 | 7,659,367 | | 2,101,882 | 2,428,486 | | 2,928,999 | |
| Northwestern National Insurance | Yes | 27,040,260 | 27,040,260 | 31,757,753 | | 5,408,052 | 5,705,495 | | 20,644,206 | |
| Pacific Employers | Yes | 3,411,962 | 3,411,962 | 3,411,962 | | 3,411,962 | | | | |
| Providence Washington | Yes | 1,323,444 | 1,323,444 | 1,683,999 | | | | | 1,683,999 | |
| Prudential Reinsurance | Yes | 223,112 | 223,112 | 223,112 | | 223,112 | | | | |
| Puritan | Yes | 3,455,870 | 3,455,870 | 4,397,375 | | | | | 4,397,375 | |
| Royal Indemnity | Yes | 689,219 | 689,219 | 809,461 | | 137,844 | 145,425 | | 526,192 | |
| St. Paul Mercury | Yes | 10,000 | 10,000 | 10,000 | | 10,000 | | | | |
| Stonewall | Yes | 441,148 | 441,148 | 561,333 | | | | | 561,333 | |
| Swiss Re | Yes | 5,412,470 | 5,412,470 | 6,356,740 | | 1,082,494 | 1,142,031 | | 4,132,214 | |
| The Hartford Insurance Co. | ?/- | 112,715 | 112,715 | | | | | | | |
| Unigard | Yes | 3,390,925 | 3,390,925 | 3,761,029 | | 1,130,308 | 1,192,475 | | | |
| US Fire | Yes | 6,291,999 | 6,291,999 | 7,389,711 | | 1,258,400 | 1,327,612 | | 1,418,245 | |
| Yosemite | Yes | 10,223,983 | 10,223,983 | 13,009,367 | | | | | 4,803,701 | |
| Zurich | Yes | 1,161,354 | 1,161,354 | 1,161,354 | 1,161,354 | | | | 13,009,367 | |
| | Yes | 497,139 | | 165,713 | 165,713 | | | | | |
| **Total** | | 263,011,837 | 245,193,007 | 289,265,964 | 58,475,308 | 30,326,870 | 7,012,098 | 7,397,763 | | |

Note: First State, New England Insurance, and The Hartford Insurance Co. use values determined in the 3/17/04 analysis.

Page 2 of 2

CONFIDENTIAL

GRANITE_ALAN GRAY 1769



CONFIDENTIAL

GRANITE_ALAN GRAY 1770



CONFIDENTIAL

GRANITE_ALAN GRAY 1771