# EXHIBIT 23

DRESSER - AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | 1,850,000 |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | 1,420,300 |
| 030-128204 | 5520193 | 6,347,205 | $10,000,000 | 972,100 |
| 030-128192 | 5524513 | 6,449,959 | $10,000,000 | 3,289,500 |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | 3,262,500 |
| 030-129238 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129241 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129242 | GC 403438 / K25820 | 2,683,526 | $3,000,000 | 562,800 |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | 374,300 |
| 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | 803,500 |
| 030-127726 | 5502513 / UNK(RLJ2001) | 9,793,424 | $10,000,000 | 2,358,200 |
| | | | | |
| 170-008373 | 1226649 | 4,882,405 | $5,000,000 | 1,650,000 |
| 170-008372 | 1226717 | 5,000,000 | $5,000,000 | 2,790,000 |
| 169-045275 | 1226968 | 3,379,989 | $5,000,000 | 1,000,000 |
| 170-023382 | 1186872 / UNK(RLJ2000) | 4,896,712 | $5,000,000 | 1,650,000 |
| | | 80,240,346 | | 22,608,200 |


EXHIBIT

3 Granite 007134

DRESSER - AIG: COMBINED HARBISON AND STU[DE]BAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE355594 3yr (64-72) | 5,387,832 | 7,500,000 | |
| | CE2692335 3yr (72-75) | 4,511,915 | 6,944,444 | |
| 182-006134 | SE6073331 (71) | 718,723 | 2,916,667 | |
| | SE6073469 (64) | 724,763 | 2,500,000 | 130,500 |
| 168-725696 | 66801963 (43) | 4,629,900 | 5,000,000 | 265,000 |
| 168-728015 | 66812370 (43) | 7,067,838 | 7,500,000 | 496,400 |
| 168-725695 | 66812371 (43) | 693,326 | 2,500,000 | 36,700 |
| 168-730215 | 66823216 (43) | 7,069,573 | 7,500,000 | 1,270,400 |
| 168-725697 | 66823217 (43) | 693,326 | 2,500,000 | 34,700 |
| 168-728016 | 66833982 (43) | 7,070,797 | 7,500,000 | 1,795,600 |
| | 66833983 (P3-P4) | 1,386,649 | 5,000,000 | |
| | 66844637 (A4-A5) | 1,386,649 | 5,000,000 | |
| | 41767295 (76-97) | 140,441 | 250,000 | |
| | GC5500201 3yr (74-77) | 2,347,676 | 5,625,000 | |
| | GC5511459 (94-A0) | 806,096 | 2,780,556 | |
| 182-005251 (74/5) | CE101901 (82) | 1,289,282 | 2,500,000 | |
| 182-006253 (76) | CE101901 (82) | 1,289,282 | 2,500,000 | |
| 182-006255 (77) | CE101901 (32) | 1,289,282 | 2,500,000 | |
| | 1229452#1 (70-74) | 2,544,439 | 2,916,667 | |
| | 1229452#2 (70-74) | 2,257,958 | 2,916,667 | |
| | 1225321#1 | 2,500,000 | 2,500,000 | |
| | 1225321#2 (74-A0) | 2,309,797 | 2,500,000 | |
| 170-001405 | 1226440 (32) | 1,449,524 | 5,000,000 | |
| 170-000612 | 1226084 (32) | 1,449,524 | 5,000,000 | |

DRESSER - AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE355594 3yr (69-72) | 5,387,832 | 7,500,000 | |
| | CE2692335 3yr (72-75) | 4,511,915 | 6,944,444 | |
| | | | | |
| | SE6073331 (75-76) | 718,723 | 2,916,667 | |
| 182-006134 | SE6073469 (64) | 724,763 | 2,500,000 | 130,500 |
| | | | | |
| 168-725696 | 66801963 (43) | 4,629,900 | 5,000,000 | 265,000 |
| 168-728015 | 66812370 (43) | 7,067,838 | 7,500,000 | 496,400 |
| 168-725695 | 66812371 (43) | 693,326 | 2,500,000 | 36,700 |
| 168-730215 | 66823216 (43) | 7,069,573 | 7,500,000 | 1,270,400 |
| 168-725697 | 66823217 (43) | 693,326 | 2,500,000 | 34,700 |
| 168-728016 | 66833982 (43) | 7,070,797 | 7,500,000 | 1,795,600 |
| | 66833983 (63-64) | 1,386,649 | 5,000,000 | |
| | 66844637 (64-65) | 1,386,649 | 5,000,000 | |
| | 41767295 (76-77) | 140,441 | 250,000 | |
| | | | | |
| | GC5500201 3yr (04-07) | 2,347,676 | 5,625,000 | |
| | GC5511459 (05-06) | 806,096 | 2,780,556 | |
| | | | | |
| 182-005251 (175) | CE1011901 (32) | 1,289,232 | 2,500,000 | |
| 182-006253 (176) | CE1011901 (32) | 1,289,232 | 2,500,000 | |
| 182-006255 (177) | CE1011901 (32) | 1,289,232 | 2,500,000 | |
| | 1229452#1 | 2,544,439 | 2,916,667 | |
| | 1229452#2 (78-79) | 2,257,958 | 2,916,667 | |
| | 1225321#1 | 2,500,000 | 2,500,000 | |
| | 1225321#2 (74-80) | 2,309,797 | 2,500,000 | |
| 170-001405 | 1226440 (32) | 1,449,524 | 5,000,000 | |
| 170-000612 | 1226084 (32) | 1,449,524 | 5,000,000 | |

3 Granite 007136

DRESSER - AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | 1,850,000 |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | 1,420,300 |
| 030-128204 | 5520193 | 6,347,205 | $10,000,000 | 972,100 |
| 030-128192 | 5524513 | 6,449,959 | $10,000,000 | 3,289,500 |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | 3,262,500 |
| 030-129238 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129241 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129242 | GC 403438 / K25820 | 2,683,526 | $3,000,000 | 562,800 |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | 374,300 |
| 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | 803,500 |
| 030-127726 | 5502513/UNK(RLJ2001) | 9,793,424 | $10,000,000 | 2,358,200 |
| 170-008373 | 1226649 | 4,882,405 | $5,000,000 | 1,650,000 |
| 170-008372 | 1226717 | 5,000,000 | $5,000,000 | 2,790,000 |
| 169-045275 | 1226968 | 3,379,989 | $5,000,000 | 1,000,000 |
| 170-023382 | 1186872/UNK(RLJ2000) | 4,896,712 | $5,000,000 | 1,650,000 |
|  |  | 80,240,346 |  | 22,608,200 |

3 Granite 007137

DRESSER - AIG: COMBINED HARBISON AND ST' 'BAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE355594 3yr. (81-02) | 5,387,832 | 7,500,000 | |
| | CE2692335 3yr. (02-05) | 4,511,915 | 6,944,444 | |
| 182-006134 | SE6073331 (02-05) | 718,723 | 2,916,667 | |
| | SE6073469 (64) | 724,763 | 2,500,000 | 130,500 |
| 168-725696 | 66801963 (43) | 4,629,900 | 5,000,000 | 265,000 |
| 168-728015 | 66812370 (43) | 7,067,838 | 7,500,000 | 496,400 |
| 168-725695 | 66812371 (43) | 693,326 | 2,500,000 | 36,700 |
| 168-730215 | 66823216 (43) | 7,069,573 | 7,500,000 | 1,270,400 |
| 168-725697 | 66823217 (43) | 693,326 | 2,500,000 | 34,700 |
| 168-728016 | 66833982 (43) | 7,070,797 | 7,500,000 | 1,795,600 |
| | 66833983 (03-04) | 1,386,649 | 5,000,000 | |
| | 668445437 (04-A) | 1,386,649 | 5,000,000 | |
| | 41767295 (76-77) | 140,441 | 250,000 | |
| | GC5500201 3yr. (74-77) | 2,347,676 | 5,625,000 | |
| | GC5551459 (79-80) | 806,096 | 2,780,556 | |

3 Granite 007138

DRESSER - AIG: COMBINED HARBISON AND STU[ ]BAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| 182-5251 / 6253 / 6255 | CE1011901 (32) 3yr. | 3,867,696 | 7,500,000 | |
| | 1229452#1 | 2,544,439 | 2,916,667 | |
| | 1229452#2 | 2,257,958 | 2,916,667 | |
| | 1225321#1 | 2,500,000 | 2,500,000 | |
| | 1225321#2 | 2,309,797 | 2,500,000 | |
| 170-001405 | 1226440 (32) | 1,449,524 | 5,000,000 | |
| 170-000612 | 1226084 (32) | 1,449,524 | 5,000,000 | |
| | | | | |
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | 1,850,000 |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | 1,420,300 |
| 030-128204 | 5520193 | 6,347,205 | $10,000,000 | 972,100 |
| 030-128192 | 5524513 | 6,449,959 | $10,000,000 | 3,289,500 |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | 3,262,500 |
| 030-129238 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129241 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129242 | GC 403438 / K25820 | 2,683,526 | $3,000,000 | 562,800 |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | 374,300 |
| 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | 803,500 |
| 030-127726 | 5502513 / UNK(RLJ2001) | 9,793,424 | $10,000,000 | 2,358,200 |
| | | | | |
| 170-008373 | 1226649 | 4,882,405 | $5,000,000 | 1,650,000 |
| 170-008372 | 1226717 | 5,000,000 | $5,000,000 | 2,790,000 |
| 169-045275 | 1226968 | 3,379,989 | $5,000,000 | 1,000,000 |
| 170-023382 | 1186872 / UNK(RLJ2000) | 4,896,712 | $5,000,000 | 1,650,000 |

3 Granite 007139

DRESSER - AIG: COMBINED HARBISON AND ST[...] "BAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
|  | CE355594 | 5,387,832 | 7,500,000 |  |
|  | CE2692335 | 4,511,915 | 6,944,444 |  |
|  |  |  |  |  |
|  | SE6073331 | 718,723 | 2,916,667 |  |
| 182-06134 | SE6073469 (64) | 724,763 | 2,500,000 |  |
|  |  |  |  |  |
| 168-725696 | 66801963 (43) | 4,629,900 | 5,000,000 |  |
| 168-728015 | 668123370 (43) | 7,067,838 | 7,500,000 |  |
| 168-725695 | 66812371 (43) | 693,326 | 2,500,000 |  |
| 168-730215 | 66823216 (43) | 7,069,573 | 7,500,000 |  |
| 168-725697 | 66823217 (43) | 693,326 | 2,500,000 |  |
| 168-728016 | 66833982 (43) | 7,070,797 | 7,500,000 |  |
|  | 66833983 | 1,386,649 | 5,000,000 |  |
|  | 6684437 | 1,386,649 | 5,000,000 |  |
|  | 41767295 | 140,441 | 250,000 |  |
|  |  |  |  |  |
|  | GC5500201 | 2,347,676 | 5,625,000 |  |
|  | GC5511459 | 806,096 | 2,780,556 |  |

3 Granite 007140

DRESSER - AIG: COMBINED HARBISON AND ST' BAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. 182-3251 / 6253 / 6255 | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE101901 (32) | 3,867,696 | 7,500,000 | |
| | 1229452#1 | 2,544,439 | 2,916,667 | |
| | 1229452#2 | 2,257,958 | 2,916,667 | |
| | 1225321#1 | 2,500,000 | 2,500,000 | |
| | 1225321#2 | 2,309,797 | 2,500,000 | |
| 170-001405 | 1226440 (32) | 1,449,524 | 5,000,000 | |
| 170-000612 | 1226084 (32) | 1,449,524 | 5,000,000 | |
| | | | | |
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | 1,850,000 |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | 1,420,300 |
| 030-128204 | 5520193 | 6,347,205 | $10,000,000 | 972,100 |
| 030-128192 | 5524513 | 6,449,959 | $10,000,000 | 3,289,500 |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | 3,262,500 |
| 030-129238 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129241 | GC 403438 / K25820 | 2,683,525 | $3,000,000 | 312,500 |
| 030-129242 | GC 403438 / K25820 | 2,683,526 | $3,000,000 | 562,800 |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | 374,300 |
| 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | 803,500 |
| 030-127726 | 5502513 /UNK(RLJ2001) | 9,793,424 | $10,000,000 | 2,358,200 |
| | | | | |
| 170-008373 | 1226649 | 4,882,405 | $5,000,000 | 1,650,000 |
| 170-008372 | 1226717 | 5,000,000 | $5,000,000 | 2,790,000 |
| 169-045275 | 1226968 | 3,379,989 | $5,000,000 | 1,000,000 |
| 170-023382 | 1186872 /UNK(RLJ2000) | 4,896,712 | $5,000,000 | 1,650,000 |

3 Granite 007141

...COMBINED HARBISON AND ST...EBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE355594 | 5,387,832 | 7,500,000 | |
| | CE2692335 | 4,511,915 | 6,944,444 | |
| 182-06134  006134 | SE6073331 | 718,723 | 2,916,667 | |
| | SE6073469 (64) | 724,763 | 2,500,000 | 130,500 |
| 168-725696 | 66801963 (43) | 4,629,900 | 5,000,000 | 265,000 |
| 168-728015 | 66812370 (43) | 7,067,838 | 7,500,000 | 496,400 |
| 168-725695 | 66812371 (43) | 693,326 | 2,500,000 | 36,700 |
| 168-730215 | 66823216 (43) | 7,069,573 | 7,500,000 | 270,400 |
| 168-725697 | 66823217 (43) | 693,326 | 2,500,000 | 34,700 |
| 168-728016 | 66833982 (43) | 7,070,797 | 7,500,000 | 1,795,600 |
| | 66833983 | 1,386,649 | 5,000,000 | |
| | 66844637 | 1,386,649 | 5,000,000 | |
| | 41767295 | 140,441 | 250,000 | |
| | GC5500201 | 2,347,676 | 5,625,000 | |
| | GC5511459 | 806,096 | 2,780,556 | |

3 Granite 007142

AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE1011901 | 3,867,696 | 7,500,000 | |
| | I2294452#1 | 2,544,439 | 2,916,667 | |
| | I2294452#2 | 2,257,958 | 2,916,667 | |
| | I2253211#1 | 2,500,000 | 2,500,000 | |
| | I2253211#2 | 2,309,797 | 2,500,000 | |
| | I226440 | 1,449,524 | 5,000,000 | |
| | I226084 | 1,449,524 | 5,000,000 | |
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | 1,850,000 |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | 1,420,300 |
| 030-128204 | 552Q193 | 6,347,205 | $10,000,000 | 972,100 |
| 030-128192 | 5524513 | 6,449,959 | $10,000,000 | 3,289,100 |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | 3,262,500 |
| 030-129238 / 241 / 242 | GC 403438 / K25820 | 8,050,576 | $9,000,000 | |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | -374,300 |
| 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | 803,520 |
| | UNK(RLJ2001) | 9,793,424 | $10,000,000 | |
| 170-8373 | 1226649 | 4,882,405 | $5,000,000 | 1,650,000 |
| 170-8372 | 1226717 | 5,000,000 | $5,000,000 | 2,740,000 |
| | 1226968 | 3,379,989 | $5,000,000 | |
| | UNK(RLJ2000) | 4,896,712 | $5,000,000 | |

3 Granite 007143

DRESSER - AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| R2-5251 / 6253 / 6255 | CE101901 (32) | 3,867,696 | 7,500,000 | |
| | 1229452#1 | 2,344,439 | 2,916,667 | |
| | 1229452#2 | 2,257,958 | 2,916,667 | |
| | 1225321#1 | 2,300,000 | 2,500,000 | |
| | 1225321#2 | 2,309,797 | 2,500,000 | |
| 170-001405 | 1226440 (32) | 1,449,524 | 5,000,000 | |
| 170-000612 | 1226084 (32) | 1,449,524 | 5,000,000 | |
| | | | | |
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | |
| 030-128204 | 5520193 | 6,347,205 | $10,000,000 | |
| 030-128192 | 5524513 | 6,449,959 | $10,000,000 | |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | |
| 030-███████ | GC 101887 K 5829 | 2,088,252 | $5,000,000 | 312,500 |
| 030-███████ | GC 101887 K 5830 | 2,088,252 | $5,000,000 | 312,500 |
| 030-███████ | GC 101938 K 5820 | 2,088,252 | $5,000,000 | 562,800 |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | |
| 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | |
| 030-███████ | 2502513 JUNK(RLJ2001) | 9,793,424 | $10,000,000 | 2,358,200 |
| 170-008373 | 1226649 | 4,882,405 | $5,000,000 | |
| 170-008372 | 1226717 | 5,000,000 | $5,000,000 | |
| 169-045275 | 1226968 | 3,379,989 | $5,000,000 | 1,104,000 |
| 170-053382 | 1186872 JUNK(RLJ2000) | 4,896,712 | $5,000,000 | 1,654,000 |

3 Granite 007144

DRESSER - AIG: COMBINED HARBISON AND STEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE355594 | 5,387,832 | 7,500,000 | |
| | CE2692335 | 4,511,915 | 6,944,444 | |
| | | | | |
| | SE6073331 | 718,723 | 2,916,667 | |
| 182-06134 | SE6073469 (64) | 724,763 | 2,500,000 | |
| | | | | |
| 168-725696 | 66801963 (43) | 4,629,900 | 5,000,000 | |
| 168-728015 | 66812370 (43) | 7,067,838 | 7,500,000 | |
| 168-725695 | 66812371 (43) | 693,326 | 2,500,000 | |
| 168-730215 | 66823216 (43) | 7,069,573 | 7,500,000 | |
| 168-725697 | 66823217 (43) | 693,326 | 2,500,000 | |
| 168-728016 | 66833982 (43) | 7,070,797 | 7,500,000 | |
| | 66833983 | 1,386,649 | 5,000,000 | |
| | 66844637 | 1,386,649 | 5,000,000 | |
| | 41767295 | 140,441 | 250,000 | |
| | | | | |
| | GC5500201 | 2,347,676 | 5,625,000 | |
| | GC5511459 | 806,096 | 2,780,556 | |

3 Granite 007145

DRESSER - AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO / Div | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| Hold 182-5251 / 6253 / 6255 | CE1011901 (32) | 3,867,696 | 7,500,000 | |
| | 1229452#1 | 2,344,439 | 2,916,667 | |
| | 1229452#2 | 2,257,958 | 2,916,667 | |
| | 1225321#1 | 2,500,000 | 2,500,000 | |
| | 1225321#2 | 2,309,797 | 2,500,000 | |
| 170-001405 | 1226440 (32) | 1,449,524 | 5,000,000 | |
| 170-000612 | 1226084 (32) | 1,449,524 | 5,000,000 | |
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | |
| 030-128204 | 5520193 | 6,347,205 | $10,000,000 | |
| 030-128492 | 5524513 | 6,449,959 | $10,000,000 | |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | |
| 030-129238 / 241 / 242 | GC 403438 / K25820 | 8,050,576 | $9,000,000 | |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | |
| Hold 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | |
| 030-129926 | UNK(RLJ2001) 5505513 | 9,793,424 | $10,000,000 | |
| 170-8373 | 1226649 | 4,882,405 | $5,000,000 | |
| 170-8372 | 1226717 | 5,000,000 | $5,000,000 | |
| 169-45275 | 1226968 | 3,379,989 | $5,000,000 | |
| 170-2332 | UNK(RLJ2000) 1106672 | 4,896,712 | $5,000,000 | |

3 Granite 007146

DRESSER - AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| | CE355594 | 5,387,832 | 7,500,000 | |
| | CE2692335 | 4,511,915 | 6,944,444 | |
| | | | | |
| | SE6073331 | 718,723 | 2,916,667 | |
| A2-6134 | SE6073469 (64) | 724,763 | 2,500,000 | |
| | | | | |
| 102-39462/12218 | 66801963 (48) | 4,629,900 | 5,000,000 | |
| 142-11403 | 66812370 (49) | 7,067,838 | 7,500,000 | |
| 102-11402/12220 | 66812371 (42) | 693,326 | 2,500,000 | |
| 102-11405/12221 | 66823216 (49) | 7,069,573 | 7,500,000 | |
| 102-11424/12223 | 66823217 (49) | 693,326 | 2,500,000 | |
| 102-11426/12224 | 66833982 (47) | 7,070,797 | 7,500,000 | |
| | 66833983 | 1,386,649 | 5,000,000 | |
| | 6684637 | 1,386,649 | 5,000,000 | |
| | 41767295 | 140,441 | 250,000 | |
| | | | | |
| | GC5500201 | 2,347,676 | 5,625,000 | |
| | GC5511459 | 806,096 | 2,780,556 | |

handwritten left margin:
16A-725696
16A-725015
16A-725695
16A-7302.15
16A-725697
16A-725806

3 Granite 007147

DRESSER - AIG: COMBINED HARBISON AND STUDEBAKER SETTLEMENT SUGGESTION ON 04/26/2004

| Claim No. | POL NO | Gross to be paid | POL LIMIT | NETS |
|---|---|---|---|---|
| 122-6251/627/625 | CE1011901 (72) | 3,867,696 | 7,500,000 | |
| | 1229452#1 | 2,544,439 | 2,916,667 | |
| | 1229452#2 | 2,257,958 | 2,916,667 | |
| | 1225321#1 | 2,500,000 | 2,500,000 | |
| | 1225321#2 | 2,309,797 | 2,500,000 | |
| 126-441/145 | 1226440 (72) | 1,449,524 | 5,000,000 | |
| 170-8612 | 1226084 (72) | 1,449,524 | 5,000,000 | |
| 030-911077 | 5513423 | 5,000,000 | $5,000,000 | |
| 030-128208 | 5514046 | 6,283,517 | $10,000,000 | |
| 030-128204 | 5520193 | 6,347,205 | $10,000,000 | |
| 030-128192 | 5524513 | 6,449,959 | $10,000,000 | |
| 030-901073 | GC 403143 | 7,500,000 | $7,500,000 | |
| 030-129238/241/242 | GC 403438/K25820 | 8,050,576 | $9,000,000 | |
| 030-128254 | GC 5505740 | 9,276,570 | $10,000,000 | |
| 030-128206 | IS 5513981 | 3,379,989 | $5,000,000 | |
| | UNK(RLJ2001) | 9,793,424 | $10,000,000 | |
| 170-8373 | 1226649 | 4,882,405 | $5,000,000 | |
| 170-8372 | 1226717 | 5,000,000 | $5,000,000 | |
| | 1226968 | 3,379,989 | $5,000,000 | |
| | UNK(RLJ2000) | 4,896,712 | $5,000,000 | |

3 Granite 007148