# EXHIBIT 32

**Jeff Genereux**

| | |
|---|---|
| From: | Jeff Genereux |
| Sent: | Wednesday, August 25, 2004 3:56 PM |
| To: | 'Chao, Stefano' |
| Subject: | RE: Sum of AIG PV values |

Thanks.

Jeff Genereux
Alan Gray, Inc.
617-426-6255 Main
617-598-1514 Direct

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by The Affiliated Alan Gray Companies Inc. for any loss or damage arising in any way from its use.

-----Original Message-----
From: Chao, Stefano [mailto:stefano.chao@lehman.com]
Sent: Wednesday, August 25, 2004 1:56 PM
To: Jeff Genereux
Subject: RE: Sum of AIG PV values

Here you go.

Stefano

-----Original Message-----
From: Jeff Genereux [mailto:jgenereux@alangray.com]
Sent: Wednesday, August 25, 2004 2:52 PM
To: Chao, Stefano
Subject: FW: Sum of AIG PV values

Stefano,
Do you have the payment stream (Halliburton) referenced below?

Jeff Genereux
Alan Gray, Inc.
617-426-6255 Main
617-598-1514 Direct



NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any

1

attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by The Affiliated Alan Gray Companies Inc. for any loss or damage arising in any way from its use.

-----Original Message-----
From: Jeff Genereux
Sent: Wednesday, August 25, 2004 1:21 PM
To: 'Epes, Christopher'
Subject: RE: Sum of AIG PV values

Chris,
Can you send me the draft stream on Halliburton?
Thanks,
Jeff

Jeff Genereux
Alan Gray, Inc.
617-426-6255 Main
617-598-1514 Direct

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by The Affiliated Alan Gray Companies Inc. for any loss or damage arising in any way from its use.

-----Original Message-----
From: Epes, Christopher [mailto:chepes@lehman.com]
Sent: Tuesday, August 24, 2004 1:50 PM
To: Jeff Genereux; Mike Ceppi
Subject: FW: Sum of AIG PV values

The numbers below are from the spreadsheet handed out at the meeting last Friday with Halliburton.

Where did your number ($173,663,101) come from? Maybe for purposes of the engagement letter I should round it to $173.6 million and see what they say.

Thoughts?
> -----Original Message-----
> From:    Chao, Stefano
> Sent:    Tuesday, August 24, 2004 2:45 PM
> To: Epes, Christopher
> Subject: Sum of AIG PV values
>

2

CONFIDENTIAL

GRANITE_ALAN GRAY 1257

```
>
>
> Sum of AIG PV values.
>
> AIU                              $67,691,187
> American Home Assurance          $6,149,749
> Birmingham Fire                  $896,696
> Granite                          $27,888,523
> Insurance Comp. Of State of PA   $87,243
> Lexington                        $46,869,217
> National Union                   $24,037,941
> Total                            $173,620,556
>
>
>
> Stefano Chao
> LEHMAN BROTHERS
> 745, 7th Avenue
> New York, NY 10019
> Tel: 212-526-1671
> Fax: 212-520-0413
>
>
```

---

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

---

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

CONFIDENTIAL                                                                          GRANITE_ALAN GRAY 1258

| Purchase Price | | $173,600,000 |
|---|---|---|
| Quarter | Date | Payment |
| 1 | 03/31/05 | $2,748,127 |
| 2 | 06/30/05 | $2,748,127 |
| 3 | 09/30/05 | $2,748,127 |
| 4 | 12/31/05 | $2,748,127 |
| 5 | 03/31/06 | $2,748,127 |
| 6 | 06/30/06 | $2,748,127 |
| 7 | 09/30/06 | $2,748,127 |
| 8 | 12/31/06 | $2,748,127 |
| 9 | 03/31/07 | $2,748,127 |
| 10 | 06/30/07 | $2,748,127 |
| 11 | 09/30/07 | $2,748,127 |
| 12 | 12/31/07 | $2,748,127 |
| 13 | 03/31/08 | $2,748,127 |
| 14 | 06/30/08 | $2,748,127 |
| 15 | 09/30/08 | $2,748,127 |
| 16 | 12/31/08 | $2,748,127 |
| 17 | 03/31/09 | $9,160,423 |
| 18 | 06/30/09 | $9,160,423 |
| 19 | 09/30/09 | $9,160,423 |
| 20 | 12/31/09 | $9,160,423 |
| 21 | 03/31/10 | $9,160,423 |
| 22 | 06/30/10 | $9,160,423 |
| 23 | 09/30/10 | $9,160,423 |
| 24 | 12/31/10 | $9,160,423 |
| 25 | 03/31/11 | $9,160,423 |
| 26 | 06/30/11 | $9,160,423 |
| 27 | 09/30/11 | $9,160,423 |
| 28 | 12/31/11 | $9,160,423 |
| 29 | 03/31/12 | $9,160,423 |
| 30 | 06/30/12 | $9,160,423 |
| 31 | 09/30/12 | $9,160,423 |
| 32 | 12/31/12 | $9,160,423 |
| 33 | 03/31/13 | $9,160,423 |
| 34 | 06/30/13 | $9,160,423 |
| 35 | 09/30/13 | $9,160,423 |
| 36 | 12/31/13 | $9,160,423 |
| 37 | 03/31/14 | $9,160,423 |
| 38 | 06/30/14 | $9,160,423 |
| 39 | 09/30/14 | $9,160,423 |
| 40 | 12/31/14 | $9,160,423 |
| Total | | $263,820,187 |

Handwritten annotations (top right):

```
        ORIG.     TL              ALSO            52
                 265M     151.3M    67.2M
        SW                 226.5M    156M    121.7
        HW       226.5                       _____
                 _____    _____    _____     173.7
        TL       491.5M   377.7M   222.2M
```

```
SW    30 %
HW    70.0 %
      _____
      100 %
```

CONFIDENTIAL

CONFIDENTIAL                                    GRANITE_ALAN GRAY 1209

DRESSER - AIG: SUMMARY OF AIG SETTLEMENT ALLOCATIONS - STUDEBAKER WORTHINGTON & HARBISON WALKER

### STUDEBAKER WORTHINGTON

| AIG CO | POL NO | START DATE | END DATE | LIMIT | PART OF | EXCESS OF | LYR SHRE | AVAILABLE | 01/06/06 | 5.50% | NOMINAL IMPACTS | | NPV 5.5% IMPACTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Nominal Total | NPV Total | 07/05/09 July 2009 | 07/05/10 July 2010 | 07/05/09 July 2009 | 07/05/10 July 2010 |
| NU | GLA1276148 | 03/01/79 | 03/01/80 | 10,000,000 | 10,000,000 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS | 6685584 | 03/01/85 | 03/01/86 | 5,000,000 | 10,000,000 | 10,000,000 | 100.00% | 2,500,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| AIU | 75100055 | 01/01/78 | 03/01/79 | 2,500,000 | 10,000,000 | 20,000,000 | 15.02% | 1,458,333 | 879,476 | 678,190 | 558,373 | 321,104 | 438,926 | 239,263 |
| GS | SCLD8094064 | 01/01/77 | 12/31/77 | 2,500,000 | 10,000,000 | 20,000,000 | 33.48% | 3,250,000 | 2,056,069 | 1,591,724 | 1,457,491 | 598,578 | 1,145,706 | 446,017 |
| GS | 66801963 | 03/01/80 | 03/01/81 | 10,000,000 | 25,000,000 | 20,000,000 | 51.50% | 5,000,000 | 3,712,634 | 2,874,167 | 2,631,784 | 1,080,850 | 2,068,796 | 805,372 |
| AIU | 75101026 | 03/01/79 | 03/01/80 | 2,500,000 | 5,000,000 | 25,000,000 | 5.26% | 1,250,000 | 899,304 | 693,483 | 571,059 | 328,245 | 448,899 | 244,584 |
| GS | 66812370 | 03/01/81 | 03/01/83 | 15,000,000 | 25,000,000 | 25,000,000 | 31.58% | 7,500,000 | 5,667,573 | 4,387,600 | 4,017,587 | 1,649,986 | 3,158,149 | 1,228,451 |
| GS | 66823216 | 03/01/83 | 03/01/83 | 15,000,000 | 25,000,000 | 25,000,000 | 31.58% | 7,500,000 | 5,668,964 | 4,388,677 | 4,018,573 | 1,650,391 | 3,158,925 | 1,228,752 |
| GS | 66833982 | 03/01/83 | 03/01/84 | 15,000,000 | 25,000,000 | 25,000,000 | 31.58% | 7,500,000 | 5,669,466 | 4,389,437 | 4,019,269 | 1,650,677 | 3,159,472 | 1,228,966 |
| AHA | CE355594 | 03/21/69 | 03/21/72 | 5,000,000 | 5,000,000 | 30,000,000 | 27.41% | 7,500,000 | 4,324,334 | 3,347,767 | 3,066,545 | 1,257,789 | 2,410,553 | 937,214 |
| AHA | CE2692335 | 03/21/72 | 01/01/75 | 5,000,000 | 5,000,000 | 30,000,000 | 25.36% | 6,944,444 | 3,621,314 | 2,803,510 | 2,568,008 | 1,053,306 | 2,018,683 | 784,848 |
| NU | CE1011901 | 01/01/75 | 01/01/78 | 5,000,000 | 10,000,000 | 30,000,000 | 27.41% | 7,500,000 | 3,098,013 | 2,398,313 | 2,195,108 | 902,913 | 1,725,527 | 672,786 |
| NU | 122045281 | 01/01/78 | 03/01/79 | 5,000,000 | 10,000,000 | 30,000,000 | 10.66% | 2,916,667 | 2,038,088 | 1,577,776 | 1,444,089 | 593,999 | 1,135,171 | 442,605 |
| NU | 122532181 | 03/01/79 | 03/01/80 | 5,000,000 | 10,000,000 | 30,000,000 | 9.14% | 2,500,000 | 2,118,850 | 1,640,298 | 1,501,313 | 617,537 | 1,180,154 | 460,144 |
| AIU | 75100054 | 01/01/78 | 03/01/79 | 6,500,000 | 40,000,000 | 40,000,000 | 19.12% | 3,791,667 | 1,877,483 | 1,447,790 | 1,192,205 | 685,278 | 937,170 | 510,620 |
| AIU | 75101027 | 03/01/79 | 03/01/80 | 6,500,000 | 40,000,000 | 40,000,000 | 16.39% | 3,250,000 | 1,920,587 | 1,481,029 | 1,219,575 | 701,012 | 958,685 | 522,344 |
| GS | SCLD8094000 | 10/01/76 | 12/31/76 | 2,000,000 | 40,000,000 | 40,000,000 | 1.26% | 250,000 | 117,707 | 91,124 | 83,439 | 34,268 | 65,590 | 25,534 |
| GS | SCLD8094063 | 01/01/77 | 12/31/77 | 6,500,000 | 40,000,000 | 40,000,000 | 6.30% | 1,250,000 | 997,253 | 772,032 | 706,925 | 290,328 | 555,700 | 216,331 |
| ISOP | 41767295 | 10/01/76 | 12/31/76 | 2,000,000 | 40,000,000 | 40,000,000 | 1.26% | 250,000 | 112,720 | 87,264 | 79,934 | 32,786 | 62,835 | 24,430 |
| LEX | GC5500201 | 10/01/77 | 01/01/77 | 5,000,000 | 40,000,000 | 40,000,000 | 28.36% | 5,625,000 | 1,878,337 | 1,454,081 | 1,330,272 | 546,065 | 1,045,702 | 408,379 |
| NU | 122945282 | 01/01/78 | 03/01/79 | 5,000,000 | 40,000,000 | 40,000,000 | 14.71% | 2,916,667 | 1,808,617 | 1,400,133 | 1,281,497 | 527,120 | 1,007,361 | 392,772 |
| NU | 122532182 | 03/01/79 | 03/01/80 | 5,000,000 | 40,000,000 | 40,000,000 | 12.61% | 2,500,000 | 1,850,141 | 1,432,278 | 1,310,919 | 539,222 | 1,030,489 | 401,789 |
| AIU | 75103524 | 03/01/83 | 03/01/84 | 10,000,000 | 25,000,000 | 50,000,000 | 40.00% | 5,000,000 | 2,867,579 | 2,211,285 | 1,820,916 | 1,046,662 | 1,431,388 | 779,897 |
| AIU | 75103591 | 03/01/84 | 03/01/85 | 15,000,000 | 50,000,000 | 50,000,000 | 60.00% | 7,500,000 | 3,573,895 | 2,756,027 | 2,269,492 | 1,304,503 | 1,784,005 | 972,021 |
| AIU | 75100053 | 01/01/78 | 03/01/79 | 1,000,000 | 50,000,000 | 100,000,000 | 1.41% | 583,333 | 91,941 | 70,809 | 58,383 | 33,558 | 45,894 | 25,005 |
| AIU | 75101028 | 03/01/79 | 03/01/80 | 1,000,000 | 50,000,000 | 100,000,000 | 1.20% | 500,000 | 92,262 | 71,158 | 58,871 | 33,390 | 46,278 | 24,880 |
| AIU | 75100908 | 03/01/81 | 03/01/83 | 10,000,000 | 50,000,000 | 100,000,000 | 12.05% | 5,000,000 | 927,135 | 714,945 | 588,733 | 338,402 | 462,792 | 252,153 |
| AIU | 75103525 | 03/01/83 | 03/01/84 | 10,000,000 | 100,000,000 | 100,000,000 | 12.05% | 5,000,000 | 927,135 | 714,945 | 588,733 | 338,402 | 462,792 | 252,153 |
| AIU | 75103592 | 03/01/84 | 03/01/85 | 10,000,000 | 50,000,000 | 100,000,000 | 12.05% | 5,000,000 | 927,135 | 714,945 | 588,733 | 338,402 | 462,792 | 252,153 |
| BIRM | SE6073331 | 01/01/78 | 03/01/79 | 5,000,000 | 50,000,000 | 100,000,000 | 7.03% | 2,916,667 | 576,855 | 445,583 | 409,059 | 167,786 | 321,561 | 125,022 |
| BIRM | SE6073469 | 03/01/79 | 03/01/80 | 5,000,000 | 50,000,000 | 100,000,000 | 6.02% | 2,500,000 | 581,702 | 450,336 | 412,506 | 169,196 | 324,263 | 126,073 |
| GS | 66833983 | 03/01/83 | 03/01/84 | 10,000,000 | 100,000,000 | 100,000,000 | 12.05% | 5,000,000 | 1,111,929 | 860,810 | 788,216 | 323,713 | 619,602 | 241,208 |
| GS | 66844637 | 03/01/84 | 03/01/85 | 10,000,000 | 50,000,000 | 100,000,000 | 12.05% | 5,000,000 | 1,111,929 | 860,810 | 788,216 | 323,713 | 619,602 | 241,208 |
| NU | 1226440 | 03/01/80 | 03/01/81 | 10,000,000 | 50,000,000 | 100,000,000 | 12.05% | 5,000,000 | 1,161,064 | 898,833 | 822,673 | 338,391 | 646,688 | 252,145 |
| NU | 1226084 | 03/01/81 | 03/01/82 | 10,000,000 | 50,000,000 | 100,000,000 | 12.05% | 5,000,000 | 1,161,064 | 898,833 | 822,673 | 338,391 | 646,688 | 252,145 |
| GS | 66812371 | 03/01/81 | 03/01/82 | 5,000,000 | 50,000,000 | 150,000,000 | 32.13% | 2,500,000 | 555,985 | 430,405 | 394,108 | 161,857 | 309,801 | 120,604 |
| GS | 66823217 | 03/01/82 | 03/01/83 | 5,000,000 | 50,000,000 | 150,000,000 | 32.13% | 2,500,000 | 555,985 | 430,405 | 394,108 | 161,857 | 309,801 | 120,604 |
| LEX | GC5511459 | 05/15/79 | 03/01/80 | 7,000,000 | 50,000,000 | 150,000,000 | 35.74% | 2,780,556 | 644,944 | 499,272 | 456,761 | 188,183 | 359,052 | 140,220 |
| AIU | 75103656 | 03/01/85 | 03/01/86 | ? | | | | 2,500,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| AIU | 75103663 | 03/01/85 | 03/01/86 | ? | | | | 1,250,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| NU | 9605632 | 03/01/85 | 03/01/86 | ? | | | | 2,500,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | 265,000,000 | | | | 151,183,334 | 67,186,012 | 51,967,160 | 45,516,152 | 20,659,860 | 36,565,470 | 15,401,690 |

### STUDEBAKER WORTHINGTON SUMMARY

| | LIMIT | PART OF | EXCESS OF | LYR SHRE | POL LIMIT | Nominal Total | NPV Total | July 2009 | July 2010 | July 2009 | July 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 75,000,000 | | | | 42,083,333 | 14,984,031 | 11,554,693 | 9,515,073 | 5,468,958 | 7,479,620 | 4,075,074 |
| AHA | 10,000,000 | | | | 14,444,444 | 7,945,648 | 6,151,277 | 5,634,553 | 2,311,095 | 4,429,216 | 1,722,061 |
| BIRM | 10,000,000 | | | | 5,416,667 | 1,158,557 | 896,919 | 821,575 | 336,982 | 645,825 | 251,095 |
| GS | 101,000,000 | | | | 49,750,000 | 27,225,936 | 21,077,191 | 19,299,718 | 7,926,218 | 15,171,145 | 5,906,048 |
| ISOP | 2,000,000 | | | | 250,000 | 112,720 | 87,264 | 79,934 | 32,786 | 62,835 | 24,430 |
| LEX | 12,000,000 | | | | 8,405,556 | 2,523,282 | 1,953,353 | 1,787,034 | 736,248 | 1,404,754 | 548,599 |
| NU | 55,000,000 | | | | 30,833,334 | 13,235,838 | 10,246,463 | 9,378,265 | 3,857,573 | 7,372,077 | 2,874,385 |
| | 265,000,000 | | | | 151,183,334 | 67,186,012 | 51,967,160 | 45,516,152 | 20,659,860 | 36,565,470 | 15,401,690 |
| | | | | | | 30.10% | 29.92% | | | | |

### HARBISON WALKER

| AIG CO | POL NO | START DATE | END DATE | LIMIT | PART OF | EXCESS OF | LYR SHRE | POL LIMIT | Nominal Total | NPV Total | 07/05/09 July 2009 | 07/05/10 July 2010 | 07/05/09 July 2009 | 07/05/10 July 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEX | GC 403143 | 11/01/71 | 10/31/72 | 7,500,000 | 22,500,000 | 10,000,000 | 100.00% | 7,500,000 | 7,466,222 | 5,823,531 | 6,354,573 | 1,111,650 | 4,995,210 | 828,321 |
| LEX | 5513423 | 11/01/78 | 10/31/79 | 5,000,000 | 20,000,000 | 30,000,000 | 50.00% | 5,000,000 | 5,933,983 | 4,628,410 | 5,050,470 | 863,514 | 3,970,079 | 650,331 |
| NU | 1226717 | 11/01/78 | 10/31/79 | 5,000,000 | 20,000,000 | 30,000,000 | 50.00% | 5,000,000 | 5,942,122 | 4,634,808 | 5,058,608 | 863,514 | 3,976,477 | 650,331 |
| LEX | GC 403438 / K25820 | 11/01/72 | 10/31/73 | 9,000,000 | 15,000,000 | 50,000,000 | 100.00% | 9,000,000 | 7,176,831 | 5,597,811 | 6,108,269 | 1,068,562 | 4,801,595 | 796,215 |
| GS | 80-94116 | 11/01/77 | 10/31/78 | 5,000,000 | 25,000,000 | 75,000,000 | 12.50% | 5,000,000 | 4,364,264 | 3,404,126 | 3,716,217 | 648,047 | 2,921,248 | 482,878 |
| GS | SCLD 80-94102 | 11/01/76 | 10/31/77 | 5,000,000 | 25,000,000 | 75,000,000 | 12.50% | 5,000,000 | 4,377,053 | 3,414,101 | 3,727,107 | 649,946 | 2,929,808 | 484,293 |
| LEX | GC 5505740 | 11/01/79 | 10/31/80 | 10,000,000 | 25,000,000 | 75,000,000 | 25.00% | 10,000,000 | 8,269,765 | 6,450,281 | 7,038,476 | 1,231,289 | 5,532,813 | 917,468 |
| LEX | UNK(RLJ2001) | 11/01/76 | 10/31/77 | 10,000,000 | 25,000,000 | 75,000,000 | 25.00% | 10,000,000 | 8,730,524 | 6,809,665 | 7,430,632 | 1,299,892 | 5,841,079 | 968,586 |
| NU | 1226649 | 11/01/77 | 10/31/78 | 5,000,000 | 25,000,000 | 75,000,000 | 12.50% | 5,000,000 | 4,358,478 | 3,399,577 | 3,710,431 | 648,047 | 2,916,699 | 482,878 |
| NU | UNK(RLJ2000) | 11/01/76 | 10/31/77 | 5,000,000 | 25,000,000 | 75,000,000 | 12.50% | 5,000,000 | 4,371,249 | 3,409,539 | 3,721,303 | 649,946 | 2,925,246 | 484,293 |
| AIU | 75-100374 | 11/01/78 | 10/31/79 | 5,000,000 | 25,000,000 | 100,000,000 | 100.00% | 5,000,000 | 3,972,148 | 3,098,492 | 3,412,030 | 560,118 | 2,682,132 | 417,350 |
| AIU | 75-100944 | 11/01/79 | 10/31/80 | 5,000,000 | 50,000,000 | 150,000,000 | 11.11% | 6,000,000 | 3,181,598 | 2,482,621 | 2,732,057 | 448,642 | 2,148,326 | 334,296 |
| LEX | 5514046 | 11/01/80 | 10/31/81 | 10,000,000 | 50,000,000 | 150,000,000 | 22.22% | 10,000,000 | 5,601,554 | 4,360,120 | 4,767,536 | 834,018 | 3,747,670 | 621,450 |
| LEX | 5520193 | 11/01/81 | 10/31/82 | 10,000,000 | 50,000,000 | 150,000,000 | 22.22% | 10,000,000 | 5,658,330 | 4,413,494 | 4,815,858 | 842,472 | 3,785,655 | 627,749 |
| LEX | 5524513 | 11/01/82 | 10/31/83 | 10,000,000 | 50,000,000 | 150,000,000 | 22.22% | 10,000,000 | 5,749,932 | 4,484,853 | 4,893,822 | 856,110 | 3,846,941 | 637,912 |
| LEX | IS 5513981 | 11/01/79 | 10/31/80 | 5,000,000 | 50,000,000 | 150,000,000 | 11.11% | 5,000,000 | 3,013,152 | 2,350,209 | 2,564,522 | 448,630 | 2,015,923 | 334,287 |
| NU | 1226968 | 11/01/79 | 10/31/80 | 5,000,000 | 50,000,000 | 150,000,000 | 11.11% | 5,000,000 | 3,017,285 | 2,353,458 | 2,568,655 | 448,630 | 2,019,171 | 334,287 |
| AIU | 75-100965 | 11/01/83 | 10/31/84 | 50,000,000 | 50,000,000 | 210,000,000 | 100.00% | 50,000,000 | 30,294,875 | 23,639,281 | 26,022,951 | 4,271,924 | 20,456,151 | 3,183,130 |
| AIU | 75-100345 | 11/01/82 | 10/31/83 | 15,000,000 | 50,000,000 | 215,000,000 | 42.86% | 15,000,000 | 9,107,063 | 7,106,298 | 7,822,863 | 1,284,200 | 6,149,405 | 956,893 |
| AIU | 75-100945 | 11/01/80 | 10/31/81 | 10,000,000 | 50,000,000 | 215,000,000 | 28.57% | 10,000,000 | 5,914,701 | 4,615,278 | 5,080,660 | 834,041 | 3,993,811 | 621,467 |
| AIU | 75-900146 | 11/01/81 | 10/31/82 | 10,000,000 | 50,000,000 | 215,000,000 | 28.57% | 10,000,000 | 5,974,650 | 4,662,057 | 5,132,156 | 842,494 | 4,034,291 | 627,766 |
| AIU | 75-100346 | 11/01/82 | 10/31/83 | 25,000,000 | 50,000,000 | 250,000,000 | 100.00% | 25,000,000 | 13,517,793 | 10,548,019 | 11,611,630 | 1,906,163 | 9,127,683 | 1,420,336 |
| | | | | 226,500,000 | | | | 226,500,000 | 155,993,573 | 121,695,941 | 133,341,724 | 22,651,849 | 104,817,416 | 16,878,525 |

### HARBISON WALKER SUMMARY

| | LIMIT | PART OF | EXCESS OF | LYR SHRE | POL LIMIT | Nominal Total | NPV Total | July 2009 | July 2010 | July 2009 | July 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 120,000,000 | | | | 120,000,000 | 71,962,829 | 56,153,047 | 61,815,246 | 10,147,583 | 48,591,800 | 7,561,247 |
| AHA | | | | | | | | | | | |
| BIRM | | | | | | | | | | | |
| GS | 10,000,000 | | | | 10,000,000 | 8,741,317 | 6,818,228 | 7,443,324 | 1,297,993 | 5,851,057 | 967,171 |
| ISOP | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LEX | 76,500,000 | | | | 76,500,000 | 57,600,294 | 44,927,285 | 49,024,157 | 8,576,137 | 38,536,966 | 6,390,319 |
| NU | 20,000,000 | | | | 20,000,000 | 17,689,134 | 13,797,382 | 15,058,997 | 2,630,137 | 11,837,594 | 1,959,788 |
| | 226,500,000 | | | | 226,500,000 | 155,993,573 | 123,695,941 | 133,341,724 | 22,651,849 | 104,817,416 | 16,878,525 |
| | | | | | | 69.90% | 70.08% | | | | |

### COMBINED STUDEBAKER WORTHINGTON & HARBISON WALKER SUMMARY

| | LIMIT | PART OF | EXCESS OF | LYR SHRE | POL LIMIT | Nominal Total | NPV Total | July 2009 | July 2010 | July 2009 | July 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 195,000,000 | | | | 162,083,333 | 86,946,860 | 67,707,740 | 71,330,319 | 15,616,541 | 56,071,419 | 11,636,321 |
| AHA | 10,000,000 | | | | 14,444,444 | 7,945,648 | 6,151,277 | 5,634,553 | 2,311,095 | 4,429,216 | 1,722,061 |
| BIRM | 10,000,000 | | | | 5,416,667 | 1,158,557 | 896,919 | 821,575 | 336,982 | 645,825 | 251,095 |
| GS | 111,000,000 | | | | 59,750,000 | 35,967,253 | 27,895,418 | 26,743,042 | 9,224,211 | 21,022,201 | 6,873,217 |
| ISOP | 2,000,000 | | | | 250,000 | 112,720 | 87,264 | 79,934 | 32,786 | 62,835 | 24,430 |
| LEX | 88,500,000 | | | | 84,905,556 | 60,123,576 | 46,880,637 | 50,811,191 | 9,312,385 | 39,941,719 | 6,938,918 |
| NU | 75,000,000 | | | | 50,833,334 | 30,924,972 | 24,043,845 | 24,437,262 | 6,487,710 | 19,209,671 | 4,834,174 |
| | 491,500,000 | | | | 377,683,334 | 223,179,586 | 173,663,101 | 179,857,875 | 43,321,710 | 141,382,886 | 32,280,215 |

C:\Documents and Settings\genereux.AHGRAY\Desktop\04.10.14 Dresser Settlement Allocation Final AIG Combine Summary

CONFIDENTIAL

GRANITE_ALAN GRAY 1210

DRESSER CLAIMS ONLY
SPLIT COVERAGE

DRESSER/FEDERAL-MOGUL LITIGATION

AIU/GRANITE STATE INSURANCE COMPANIES

| Insurer | Policy No. | Named Insured | Policy Period | Layer Limits | Policy Limits (Split Coverage) | Brattle Projection 3/17 (Nominal) | Brattle Projection 3/23 (Nominal) | Brattle Final Projection (Nominal) | % Limits of Final Projection Amount |
|---|---|---|---|---|---|---|---|---|---|
| AIU | 75-100053 | S-W, Inc., et al. NY, NY | 01/01/78-03/01/79 | 1 mil p/o 50 mil x 100 mil x primary | $583,333.00 | $78,769 | $90,403 | $87,494.50 | 15.00 |
| AIU | 75-100054 | S-W, Inc., et al. NY, NY | 01/01/78-03/01/79 | 6.5 mil p/o 40 mil x 40 mil x primary | $3,791,667.00 | $1,535,300 | $2,116,605 | $1,971,278.75 | 51.99 |
| AIU | 75-100055 | S-W, Inc., et al. NY, NY | 01/01/78-03/01/79 | 2.5 mil p/o 10 mil x 20 mil x primary | $1,458,333.00 | $23,438 | $1,025,898 | $975,285.00 | 66.88 |
| AIU | 75-101026 | S-W, Inc., et al. NY, NY | 03/01/79-03/01/80 | 2.5 mil p/o 5 mil x 25 mil x primary | $1,250,000.00 | $876,571 | $1,035,938 | $996,096.25 | 79.69 |
| AIU | 75-101027 | S-W, Inc., et al. NY, NY | 03/01/79-03/01/80 | 6.5 mil p/o 40 mil x 40 mil x primary | $3,250,000.00 | $155,808 | $2,198,747 | $1,688,012.25 | 51.94 |
| AIU | 75-101028 | S-W, Inc., et al. NY, NY | 03/01/79-03/01/80 | 1 mil p/o 50 mil x 100 mil x primary | $500,000.00 | $79,431 | $91,163 | $88,230.00 | 17.65 |
| AIU | 75-100908 | M-E* Illinois | 03/01/82-03/01/83 | 10 mil p/o 50 mil x 100 mil x primary | $5,000,000.00 | $794,310 | $911,625 | $882,296.25 | 17.65 |
| AIU | 75-103524 | M-E* Illinois | 03/01/83-03/01/84 | 10 mil p/o 25 mil x 50 mil x primary | $5,000,000.00 | $2,370,396 | $3,176,302 | $2,974,825.50 | 59.50 |
| AIU | 75-103525 | M-E* Illinois | 03/01/83-03/01/84 | 10 mil p/o 100 mil x 100 mil x primary | $5,000,000.00 | $794,310 | $911,625 | $882,296.25 | 17.65 |
| AIU | 75-103591 | M-E* Illinois | 03/01/84-03/01/85 | 15 mil p/o 50 mil x 50 mil x primary | $7,500,000.00 | $3,004,471 | $3,782,691 | $3,588,136.00 | 47.84 |
| AIU | 75-103592 | M-E* Illinois | 03/01/84-03/01/85 | 10 mil p/o 50 mil x 100 mil x primary | $5,000,000.00 | $794,310 | $911,625 | $882,296.25 | 17.65 |
| Granite State | SCLD 80-94000 | S-W, Inc., et al. NY, NY | 10/01/76-01/01/77 | 2 mil p/o 40 mil x 40 mil underlying | $250,000.00 | $77,290 | $104,197 | $97,470.25 | 38.99 |
| Granite State | SCLD 80-94063 | S-W, Inc. NY, NY | 01/01/77-01/01/78 | 2.5 mil p/o 10 mil x 20 mil underlying | $1,250,000.00 | $828,643 | $880,547 | $867,571.00 | 69.41 |
| Granite State | SCLD 80-94064 | S-W, et al. NY, NY | 01/01/77-01/01/78 | 6.5 mil p/o 40 mil x 40 mil underlying | $3,250,000.00 | $1,332,391 | $1,884,600 | $1,746,547.75 | 53.74 |
| | | | | Total | $43,083,333.00 | $13,545,438 | $19,121,966 | $17,727,834 | 41.15 |

* McGraw-Edison Company and all subsidiaries and divisions as now or hereinafter existing.

Privileged and Confidential
Attorney Work Product
Draft

CONFIDENTIAL

GRANITE_ALAN GRAY 1211

APRIL 5, 2004

DRESSER CLAIMS ONLY
SPLIT COVERAGE

DRESSER/FEDERAL-MOGUL LITIGATION

AIGTS COMPANIES

April 5, 2004

| Insurer | Policy No. | Named Insured | Policy Period | Layer Limits | Policy Limits (Split Coverage) | Brattle Projection 3/17 (Nominal) | Brattle 3/23 Projection (Nominal) | Brattle Final Projection (Nominal) | % of Limits of Final Projection Amount |
|---|---|---|---|---|---|---|---|---|---|
| American Home Assurance | CE-2692135 | S-W+ NY, NY | 05/21/72-01/01/73 | 5 mil x 10 mil x primary | $6,944,444.00 | $2,416,039.00 | $3,559,095.00 | $3,271,481.00 | 47.14 |
| American Home Assurance | CE 335594 | S-W+ NY, NY | 02/21/69-02/21/72 | 5 mil x 10 mil x primary | $7,500,000.00 | $2,846,990.00 | $4,321,931.00 | $3,953,195.75 | 52.71 |
| American Home Assurance (London) | A 7414909 | S-W, Inc + NY, NY. | 10/01/74-10/12/77 | 5 mil x 30 mil x 40 mil | $6,575,000.00 | (London Settlement) | | | |
| American Home Assurance (London) | P 4105379 | S-W, Inc. + NY, NY | 05/15/79-05/15/80 | 5 mil p/o 40 mil x primary | $2,500,000.00 | (London Settlement) | | | |
| Birmingham Fire Ins. Co. of PA | SE 6073351 | S-W NY, NY | 01/01/78-01/01/79 | 5 mil p/o 50 mil x 100 mil | $2,916,667.00 | $393,845.00 | $452,014.00 | $437,471.75 | 15.00 |
| Birmingham Fire Ins. Co. of PA | SE 6073469 | S-W NY, NY | 01/01/79-01/01/80 | 5 mil p/o 50 mil x 100 mil | $2,500,000.00 | $393,135.00 | $455,813.00 | $441,148.50 | 17.65 |
| Granite State | 6380-1903 | M-E* Illinois | 03/01/80-03/01/81 | 10 mil p/o 25 mil x 20 mil | $5,000,000.00 | $2,378,136.00 | $3,534,474.00 | $3,246,137.00 | 64.92 |
| Granite State | 6481-2370 | M-E* Illinois | 03/01/81-03/01/82 | 15 mil p/o 50 mil x 25 mil | $7,500,000.00 | $3,658,389.00 | $5,457,503.00 | $5,007,724.50 | 66.77 |
| Granite State | 6681-2371 | M-E* Illinois | 03/01/81-03/01/82 | 5 mil p/o 50 mil x 150 mil | $2,500,000.00 | $375,311.00 | $437,580.00 | $422,012.75 | 16.88 |
| Granite State | 6682-3216 | M-E* Illinois | 03/01/82-03/01/83 | 15 mil p/o 25 mil x 25 mil | $7,500,000.00 | $3,659,530.00 | $5,459,893.00 | $5,009,807.25 | 66.80 |
| Granite State | 6682-3217 | M-E* Illinois | 03/01/82-03/01/83 | 5 mil p/o 50 mil x 150 mil | $2,500,000.00 | $375,311.00 | $437,580.00 | $422,012.75 | 16.88 |
| Granite State | 6683-3982 | M-E* Illinois | 03/01/83-03/01/84 | 15 mil p/o 25 mil x 25 mil | $7,500,000.00 | $3,660,348.00 | $5,461,579.00 | $5,011,276.25 | 66.82 |
| Granite State | 6683-3983 | M-E* Illinois | 03/01/83-03/01/84 | 10 mil p/o 100 mil x 100 mil | $5,000,000.00 | $730,623.00 | $875,160.00 | $844,025.75 | 16.88 |
| Granite State | 6684-4637 | M-E* Illinois | 03/01/84-03/01/85 | 10 mil p/o 50 mil x 100 mil | $5,000,000.00 | $730,623.00 | $875,160.00 | $844,025.75 | 16.88 |
| Granite State | 6685-5584 | M-E Illinois | 03/01/85-03/01/86 | 5 mil p/o 10 mil x 10 mil | $2,500,000.00 | (Adequate Exclusion) | | | |
| Ins. Co. of the State of PA | 4176-7205 | S-W, Inc., et al. NY, NY | 10/01/76-01/01/77 | 2 mil p/o 40 mil x 40 mil underlying | $350,000.00 | $73,039.00 | $100,029.00 | $93,281.50 | 37.31 |
| Lexington | GC 5502201 | S-W, Inc. NY, NY | 10/01/74-01/01/77 | 5 mil p/o 40 mil x 40 mil | $5,625,000.00 | $1,186,597.00 | $1,679,350.00 | $1,556,536.75 | 27.67 |
| Lexington | GC 5511459 | S-W, Inc. NY, NY | 05/15/79-05/01/80 | 7 mil p/o 30 mil x 150 mil | $2,790,556.00 | $441,725.00 | $596,963.00 | $490,655.00 | 17.65 |
| Lexington (London) | P 4105379 | S-W, Inc. + NY, NY | 05/15/79-05/15/80 | 5 mil p/o 40 mil x primary | $2,500,000.00 | (London Settlement) | | | |
| Lexington (London) | A 7414909 | S-W, Inc. + NY, NY | 10/01/74-01/12/77 | 3 mil x 30 mil x 40 mil | $5,750,000.00 | (London Settlement) | | | |
| National Union | 1225321 | S-W, Inc., et al. NY, NY | 03/01/79-05/01/80 | LAYER A 5 mil p/o 10 mil x 30 mil x primary | $2,500,000.00 | $1,473,976.00 | $2,060,921.00 | $1,914,184.75 | 76.57 |
| | | | | LAYER B 5 mil p/o 40 mil x 40 mil x primary | $2,500,000.00 | $1,196,775.00 | $1,691,314.00 | $1,567,701.75 | 62.71 |
| National Union | 1229452 | S-W, Inc + NY, NY | 01/01/78-01/01/79 | LAYER A 5 mil p/o 10 mil x 30 mil x primary | $2,916,667.00 | $1,363,866.00 | $2,040,912.00 | $1,871,650.50 | 64.17 |
| | | | | LAYER B 5 mil p/o 40 mil x 40 mil x primary | $2,916,667.00 | $1,181,020.00 | $1,638,158.00 | $1,516,368.50 | 51.99 |
| National Union | 1226440 | M-E* Illinois | 07/01/80-01/01/81 | 10 mil p/o 50 mil x 100 mil | $5,000,000.00 | $794,310.00 | $911,615.00 | $883,290.25 | 17.65 |
| National Union | 1226608 | M-E Illinois | 03/01/81-03/01/82 | 10 mil p/o 50 mil x 100 mil | $5,000,000.00 | $794,310.00 | $911,615.00 | $883,296.25 | 17.65 |
| National Union | CE 101987 | S-W, Inc., Washington Inc | 01/01/75-01/01/78 | 5 mil p/o 10 mil x 30 mil primary | $7,500,000.00 | $2,031,165.00 | $3,077,358.00 | $2,821,084.75 | 37.61 |
| National Union | GLA 127-148 | S-W, Inc., et al NY, NY | 03/01/79-03/01/80 | 10 mil primary | Exhausted | $0.00 | $0.00 | $0.00 | |
| | | | | Total | $119,175,001.00 | $32,224,793.00 | $45,937,569.00 | $42,503,375.00 | 35.67 |

* Studebaker & Worthington, Inc. and/or subsidiary or financially controlled companies

Privileged and Confidential
Attorney Work Product
Draft

Privileged and Confidential

Payments by Carrier
Participating Carriers Only
NPV at 5.5%

| Carrier | Participating Carriers | | Nominal Payments for Participating Carriers | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Nominal | NPV at 5.5% [1] | Jan 5, 2005 | July 5, 2005 | Jan 5, 2006 | Jan 5, 2007 | Jan 5, 2008 | Jan 5, 2009 | July 5, 2009 | July 5, 2010 |
| ACE USA Companies [2] | $79,046,410 | $61,459,257 | $0 | $0 | $0 | $0 | $0 | $0 | $62,868,120 | $16,178,291 |
| Aetna Casualty | $8,079,841 | $8,079,841 | $8,079,841 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| AIU [3] | ··· | $67,691,187 | ··· | ··· | ··· | ··· | ··· | ··· | ··· | ··· |
| Allianz | $7,584,664 | $7,584,664 | $7,584,664 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| American Home Assurance [3] | ··· | $6,149,740 | ··· | ··· | ··· | ··· | ··· | ··· | ··· | ··· |
| American Re / American Excess | $11,287,352 | $11,287,352 | $11,287,352 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Appalachian | $22,776,437 | $18,345,558 | $2,081,649 | $0 | $0 | $0 | $0 | $0 | $20,694,788 | $0 |
| Associated International | $344,486 | $344,486 | $344,486 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Birmingham Fire [3] | ··· | $896,696 | ··· | ··· | ··· | ··· | ··· | ··· | ··· | ··· |
| Colonial | $20,000 | $20,000 | $20,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Columbia Casualty | $14,502,387 | $12,992,430 | $2,598,486 | $0 | $2,741,403 | $2,892,179 | $3,051,250 | $3,219,069 | $0 | $0 |
| Continental Casualty | $3,036,875 | $2,720,682 | $544,137 | $0 | $574,063 | $605,638 | $638,947 | $674,090 | $0 | $0 |
| Continental Insurance | $9,942,928 | $8,907,692 | $1,781,559 | $0 | $1,879,523 | $1,982,397 | $2,091,955 | $2,207,014 | $0 | $0 |
| Employers Mutual Casualty | $6,770,146 | $6,017,125 | $1,421,594 | $0 | $1,463,636 | $852,623 | $892,517 | $0 | $2,132,865 | $0 |
| Employers Re | $4,020,693 | $3,443,082 | $750,081 | $0 | $757,178 | $0 | $0 | $0 | $2,515,439 | $0 |
| European General | $226,640 | $226,640 | $226,640 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Evanston Insurance | $906,559 | $906,559 | $906,559 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Everest / McKinley / Prudential Reinsurance | $31,402,182 | $24,749,514 | $0 | $0 | $0 | $0 | $0 | $0 | $31,402,182 | $0 |
| Fairfax [4] | $9,240,686 | $8,244,969 | $1,704,633 | $0 | $1,761,467 | $1,833,758 | $1,903,093 | $0 | $2,031,131 | $0 |
| F&C | $14,264,657 | $12,852,884 | $2,852,931 | $0 | $2,852,931 | $2,852,931 | $2,852,931 | $2,852,931 | $0 | $0 |
| Federal | $10,046,853 | $10,046,853 | $10,046,853 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fireman's Fund / National Surety | $50,095,971 | $50,239,063 | $14,027,556 | $0 | $4,892,850 | $0 | $0 | $0 | $40,175,556 | $0 |
| Granite [3] | ··· | $27,888,533 | ··· | ··· | ··· | ··· | ··· | ··· | ··· | ··· |
| Harbor | $12,786,762 | $11,509,871 | $2,511,295 | $0 | $2,533,092 | $2,556,087 | $2,580,347 | $2,605,941 | $0 | $0 |
| Hartford | $88,273,435 | $82,928,374 | $35,714,839 | $0 | $36,473,465 | $0 | $0 | $0 | $16,083,130 | $0 |
| INSCO, Ltd | $104,515 | $104,515 | $104,515 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Insurance Comp. Of State of PA [3] | ··· | $87,243 | ··· | ··· | ··· | ··· | ··· | ··· | ··· | ··· |
| Lexington [3] | ··· | $46,369,217 | ··· | ··· | ··· | ··· | ··· | ··· | ··· | ··· |
| National Union [3] | ··· | $24,037,941 | ··· | ··· | ··· | ··· | ··· | ··· | ··· | ··· |
| Northbrook | $85,267,943 | $72,921,937 | $15,586,384 | $0 | $15,886,802 | $0 | $0 | $0 | $53,794,757 | $0 |
| Northwestern National Insurance Company | $3,411,962 | $3,411,962 | $1,705,981 | $1,705,981 | $0 | $0 | $0 | $0 | $0 | $0 |
| One Beacon / CGU [3] | $14,841,651 | $12,673,074 | $2,647,556 | $0 | $2,730,408 | $0 | $0 | $0 | $9,463,686 | $0 |
| Providence Washington | $229,248 | $229,248 | $229,248 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Puritan | $5,831,720 | $5,133,308 | $1,545,062 | $0 | $1,354,459 | $0 | $0 | $0 | $2,932,199 | $0 |
| Royal | $30,000 | $30,000 | $30,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sentry / Great Southwest Fire | $441,148 | $441,148 | $441,148 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Stonewall | $12,423,376 | $10,956,390 | $2,309,798 | $0 | $2,370,972 | $0 | $0 | $0 | $8,142,606 | $0 |
| Swiss Re | $224,751 | $224,751 | $224,751 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Transcontinental | $1,051,071 | $947,047 | $210,214 | $0 | $210,214 | $210,214 | $210,214 | $210,214 | $0 | $0 |
| Yosemite | $1,193,292 | $1,193,292 | $1,193,292 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Zurich | $190,270 | $190,270 | $190,270 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total | | $624,984,393 | | | | | | | | |

[1] All payments discounted to January 5, 2005. July 5, 2005 payment is not discounted.
[2] Including Aetna Insurance, California Union, Century Indemnity, Central National, INA, Pacific Employers, St. Paul Mercury, and US Fire.
[3] The precise form and payment schedule for AIG's agreed NPV payment obligations will be determined on terms acceptable to Halliburton and AIG. Fairfax Financial Holdings, Limited, including TIG, International, ISLIC, and US Fire.
[4] Including ELAC, Employers CU, ESLIC, and Falcon.

5/11/2004

CONFIDENTIAL          GRANITE_ALAN GRAY 1213

**HARBISON-WALKER/DRESSER LITIGATION ***AIG INSURANCE COMPANIES ALLOCATION FOR MARCH 30-31 OFFER AND FINAL SETTLEMENT PROPOSAL***

| INSURER NAME | POLICY PERIOD | POLICY NUMBER | LAYER LIMITS | POLICY LIMITS | NERA 3/11 8D Model (Nominal) | NERA 3/29 MODEL 8D (Nominal) | Final Offer Amount | % of Limits for Final Offer Amount (Nominal) | 60% of Total Limits |
|---|---|---|---|---|---|---|---|---|---|
| Insurance Co. | 11/01/78-11/01/79 | 75-100374 | 5 mil p/o 25 mil x 100 mil | $5,000,000.00 | $3,377,163.00 | $3,542,620.00 | $3,501,255.75 | 70.03 | $3,000,000.00 |
| | 11/01/79-11/01/80 | 75-100941 | 5 mil p/o 50 mil x 150 mil | $5,000,000.00 | $2,764,500.00 | $2,764,500.00 | $2,764,500.00 | 55.29 | $3,000,000.00 |
| | 11/01/80-11/01/81 | 75-100945 | 10 mil p/o 50 mil x 215 mil | $10,000,000.00 | $4,668,731.00 | $5,529,000.00 | $5,313,932.75 | 53.14 | $6,000,000.00 |
| | 11/01/81-11/01/82 | 75-100916 | 10 mil p/o 50 mil x 215 mil | $10,000,000.00 | $4,818,846.00 | $5,529,000.00 | $5,351,461.50 | 53.51 | $6,000,000.00 |
| | 11/01/82-11/01/83 | 75-100945 | 15 mil p/o 50 mil x 215 mil | $15,000,000.00 | $7,579,015.00 | $8,293,500.00 | $8,114,878.75 | 54.10 | $9,000,000.00 |
| | 11/01/82-11/01/83 | 75-100946 | 25 mil p/o 50 mil x 250 mil | $25,000,000.00 | $8,730,500.00 | $13,822,500.00 | $12,549,375.00 | 50.20 | $15,000,000.00 |
| | 11/01/83-11/01/84 | 75-100965 | 50 mil x 210 mil | $50,000,000.00 | $27,045,023.00 | $27,645,000.00 | $26,996,630.75 | 53.99 | $30,000,000.00 |
| | | | $120 mil | $120,000,000.00 | $56,986,778.00 | $67,126,121.00 | $64,591,385.25 | 53.83 | $72,000,000.00 |
| nic State Ins. Co. | 11/01/76-11/01/77 | 80-94102 | 5 mil p/o 25 mil x 75 mil | $5,000,000.00 | $3,837,148.00 | $3,995,679.00 | $3,956,046.25 | 79.12 | $3,000,000.00 |
| | 11/01/77-11/01/78 | 80-94116 | 5 mil p/o 25 mil x 75 mil | $5,000,000.00 | $3,833,105.00 | $3,986,814.00 | $3,948,316.75 | 78.97 | $3,000,000.00 |
| | | | $10 mil | $10,000,000.00 | $7,670,254.00 | $7,982,494.00 | $7,904,434.00 | 79.04 | $6,000,000.00 |
| dmark Ins. Co. | 11/01/84-11/01/84 | FE4002121 | 5 mil p/o 40 mil x 200 mil | $5,000,000.00 | $0.00 | $0.00 | $0.00 | 0.00 | $3,000,000.00 |
| | | | $5 mil | $5,000,000.00 | $0.00 | $0.00 | $0.00 | 0.00 | $3,000,000.00 |
| ington Ins. Co. | 11/01/71-11/01/72 | GC 040 3143 | 7.5 mil p/o 22.5 mil x 10 mil | $7,500,000.00 | $5,735,723.00 | $5,735,723.00 | $5,735,723.00 | 76.48 | $4,500,000.00 |
| | 11/01/72-11/01/75 | GC 403-038-405437 | 3 mil p/o 15 mil x 50 mil (annual) | $9,000,000.00 | $7,908,487.00 | $8,148,761.00 | $8,118,692.50 | 90.21 | $5,400,000.00 |
| | 11/01/76-11/01/77 | (RLJ2001) | 10 mil p/o 25 mil x 75 mil | $10,000,000.00 | $7,074,297.00 | $7,091,359.00 | $7,912,093.50 | 79.12 | $6,000,000.00 |
| | 11/01/77-11/01/78 | GC 550 5740 | 10 mil p/o 25 mil x 75 mil | $10,000,000.00 | $7,282,900.00 | $7,574,947.00 | $7,501,935.25 | 75.02 | $6,000,000.00 |
| | 11/01/78-11/01/79 | 551 3423 | 5 mil p/o 20 mil x 30 mil | $5,000,000.00 | $4,607,500.00 | $4,607,500.00 | $4,607,500.00 | 92.15 | $3,000,000.00 |
| | 11/01/79-11/01/80 | 551 3981 | 5 mil p/o 50 mil x 150 mil | $5,000,000.00 | $2,764,500.00 | $2,764,500.00 | $2,764,500.00 | 55.29 | $3,000,000.00 |
| | 11/01/80-11/01/81 | 551 4046 | 10 mil p/o 50 mil x 150 mil | $10,000,000.00 | $4,668,731.00 | $5,529,000.00 | $5,313,932.75 | 53.14 | $6,000,000.00 |
| | 11/01/81-11/01/82 | 552 0193 | 10 mil p/o 50 mil x 150 mil | $10,000,000.00 | $4,818,846.00 | $5,529,000.00 | $5,351,461.50 | 53.51 | $6,000,000.00 |
| | 11/01/82-11/01/83 | 552 41513 | 10 mil p/o 50 mil ex 150 mil | $10,000,000.00 | $5,052,677.00 | $5,529,000.00 | $5,409,919.25 | 54.10 | $6,000,000.00 |
| | | | $76.5 mil | $76,500,000.00 | $50,513,660.00 | $53,449,790.00 | $52,715,757.50 | 68.91 | $45,900,000.00 |
| tional Union Fire Ins. Co. Pittsburgh, PA | 11/01/76-11/01/77 | Unknown | 5 mil p/o 25 mil ex 75 mil | $5,000,000.00 | $3,837,148.00 | $3,995,679.00 | $3,956,046.25 | 79.12 | $3,000,000.00 |
| | 11/01/77-11/01/78 | 1226649 | 5 mil p/o 25 mil x 75 mil | $5,000,000.00 | $3,833,105.00 | $3,986,814.00 | $3,948,316.75 | 78.97 | $3,000,000.00 |
| | 11/01/78-11/01/79 | 1226717 | 5 mil p/o 20 mil x 30 mil | $5,000,000.00 | $4,607,500.00 | $4,607,500.00 | $4,607,500.00 | 92.15 | $3,000,000.00 |
| | 11/01/79-11/01/80 | 1226968 | 5 mil p/o 50 mil x 150 mil | $5,000,000.00 | $2,764,500.00 | $2,764,500.00 | $2,764,500.00 | 55.29 | $3,000,000.00 |
| | | | $20 mil | $20,000,000.00 | $15,042,245.00 | $15,354,494.00 | $15,276,433.00 | 76.38 | $12,000,000.00 |
| TOTALS | | | $231 mil | $231,000,000.00 | $130,212,937.00 | $143,912,899.00 | $140,487,909.75 | 60.83 | $138,600,000.00 |

Privileged and Confidential
Attorney Work Product

DATE: APRIL 5, 2004

CONFIDENTIAL

GRANITE_ALAN GRAY 1214

*Copy of agmt*

ALLOCATION
_____

1) Issues Re Allocation
   a - Split b/w D II Stud & HW, Bath Tub
   b - Straight Bathtub
   c - Policy Split (50% Stud DII)
   d - Other Policies (Settle Agmt (Do I need it)

2) Coverage Issues
   a - HW - No issues, 3 yr, off 500K, TASO ex'l. ✓
   b - SW (Net Diff = AGI + 20m)
       Am Home ⇒ Needs to Fix ✓
       BF ⇒ Confirm 1/1/78 - 3/1/79 = 5m = 2.5m ② ✓
       GS ⇒ OK + AFU 3, Put As ATU, Fix EXCL ✓
       ISOP ⇒ " 10/1/76 - 1/1/77 full limit ✓
       LEX ⇒ we have $low, 3 yr ✓
       LON ⇒ OK ✓
       NY ⇒ $low, 3 yr Policy, Check 960 ✓
       ATM - OK, 75103656/3663 ??? ✓

3) Other - Total Coverage
       D    $78.9m
       HW   183.3m
       R    $262.2m

       TOTAL CAY = $262.2m
       Next CAY = 6/30/05  2.7m → 12/08

4) PRIOR EROSION ⎤  M. Miller

CONFIDENTIAL                                    GRANITE_ALAN GRAY 1215