# EXHIBIT 35

**Shea, John D.**

| | |
|---|---|
| **From:** | Jeff Genereux [jgenereux@alangray.com] |
| **Sent:** | Monday, March 22, 2004 4:06 PM |
| **To:** | Shea, John D. |
| **Subject:** | Dresser |

Jack,
Anything from NERA?

Anyway, attached is a quick spreadsheet that I created for the DII / Wagner – Brattle results for tomorrow's 130PM conference call with AIG.

As far as I can tell, the following are relatively true:

1. DII Available Agg is 1.04B, Allocated amount is $254.7M (20% agg), NPV @ 6% is $237.2M (18.4%).
2. Wagner Available Agg is 1.04B, Allocated amount is $160.8M (20% agg), NPV @ 6% is $143.5M (18.4%).
3. Combined Available Agg is 2.074B, Allocated amount is $415.5M (20% agg), NPV @ 6% is $380.7M (18.4%).

Comparative AIG amounts are:

4. Combined Available Agg is 267.5M*, Allocated amount is $75.3M (28% agg), NPV** @ 6% is $72.5M (27%).
*There is a difference in limits of $12.5M (2 AHA and 1 NU policy)
**This is basically a cash deal as $$ due now are 99% of ultimate NPV. As such, the NPV % does not really matter in the calculation.

5. AIG available limits that attach @ <100M are $156M of $267.5M (or of $245M if that is correct).

6. At the bottom of the spreadsheet is a line that reads "Payment Stream @ 7% 04/01/04" that depicts AIG's combined (DII+Wagner) allocated yearly NPV@7%. AIG's $75.3M allocated under the Brattle model has a combined NPV of $72.54M. Again, this is virtually a cash deal b/c of the heavy Zanic weighting.

I then ran five quick alternative payout streams (ALT STREAM 1 through 5) at the bottom of the spreadsheet that allocates between $100M and $135M nominal dollars at various payout rates that all achieve +/- $73M NPV @ 7%. These numbers can be adjusted easily by either increasing/decreasing the nominal dollars and/or accelerating/decelerating the payout timing. These types of payout streams have generally been acceptable to AIG in other cases. (This is not meant to imply that the amounts are recommended – see below).

7. Overall, it appears that the policies in the coverage are being given discounts that result in the policies paying the following approximate percentages of policy limits:

| | |
|---|---|
| Attach @ 20M-25M: | 50%-70% |
| Attach @ 40M: | 38% |
| Attach @ 50M: | 30% |
| Attach @ 100M: | 12.65% |
| Attach @ 150M: | 11.95% |

AIG could choose to calculate an increase in their nominal dollars in two ways:

> I. Increase allocation model percentages so that all policies increase nominal participation (i.e., policies attaching at 100M could pay 20% of their limits rather than 12.65%; or,
> II. AIG could choose to allocate substantially more dollars to the policies that attach below $100M and that have been allocated approximately 39% of their limits under the Brattle model – and then reduce amounts allocated to the >100M policies.

Anyway, I have set up a model that will allow AIG to make either of these choices depending on tomorrow's call.

03/22/2004



Granite State Priv 0010472

CONFIDENTIAL

When I receive the NERA details, I will set up the same type of model.

Let me know if you have any thoughts or suggestions.

Jeff


Jeff Genereux
Alan Gray, Inc.
617-426-6255 Main
617-598-1514 Direct


03/22/2004

Granite State Priv 0010473

CONFIDENTIAL

DRESSER - AIG
SUMMARY OF DII / WAGNER - AIG BRATTLE $$ NPV @ 6% & 7%

**TOTAL DOLLARS ALLOCATED:**

| NOMINAL DOLLARS | AVAIL AGG | ALLOCATED | 06/30/2004 | 06/30/2005 | 06/30/2006 | 06/30/2007 | 06/30/2008 | 06/30/2009 | 06/30/2010 | 06/30/2011 | 06/30/2012 | 06/30/2013 | 06/30/2014 | 06/30/2015 | 06/30/2016 | 06/30/2017 | 06/30/2018 | 06/30/2019 | 06/30/2020 | 06/30/2021 | 06/30/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DII: | 1,038,677,009 | 254,667,145 | 215,367,179 | 1,965,583 | 2,358,032 | 2,010,197 | 2,107,163 | 1,750,239 | 1,636,374 | 1,365,794 | 1,192,817 | 1,115,651 | 1,076,784 | 1,044,713 | 1,035,685 | 1,088,175 | 1,071,520 | 1,034,877 | 1,001,656 | 1,009,803 | 964,634 |
| WAGNER: | 1,035,629,624 | 180,812,762 | 122,993,834 | 1,429,627 | 1,380,861 | 1,367,494 | 1,383,435 | 1,371,203 | 1,370,701 | 1,529,005 | 1,537,328 | 1,511,156 | 1,572,289 | 1,454,300 | 1,368,260 | 1,294,912 | 1,296,016 | 1,246,189 | 1,126,216 | 1,001,699 | 952,533 |
| COMBINED: | 2,074,306,633 | 415,479,907 | 338,361,013 | 3,395,210 | 3,753,893 | 3,377,691 | 3,471,132 | 3,121,442 | 3,207,075 | 2,894,799 | 2,730,145 | 2,625,807 | 2,649,073 | 2,499,013 | 2,401,945 | 2,383,087 | 2,370,536 | 2,283,066 | 2,127,874 | 2,011,502 | 1,917,167 |
| NPV AT 6% | TOTAL % ALLOC./PER YR: | 20.03% | 81.44% | 0.82% | 0.90% | 0.81% | 0.84% | 0.75% | 0.77% | 0.70% | 0.66% | 0.63% | 0.64% | 0.60% | 0.59% | 0.57% | 0.57% | 0.55% | 0.51% | 0.48% | 0.46% |

| | AVAIL AGG | NPVSS | 06/30/2004 | 06/30/2005 | 06/30/2006 | 06/30/2007 | 06/30/2008 | 06/30/2009 | 06/30/2010 | 06/30/2011 | 06/30/2012 | 06/30/2013 | 06/30/2014 | 06/30/2015 | 06/30/2016 | 06/30/2017 | 06/30/2018 | 06/30/2019 | 06/30/2020 | 06/30/2021 | 06/30/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DII: | 1,038,677,009 | 237,178,944 | 215,367,179 | 1,855,341 | 2,107,708 | 1,687,994 | 1,859,493 | 1,307,933 | 1,153,671 | 908,440 | 748,388 | 660,378 | 601,319 | 550,408 | 514,704 | 510,199 | 473,972 | 431,870 | 394,298 | 375,020 | 337,980 |
| WAGNER: | 1,035,629,624 | 143,488,005 | 122,993,834 | 1,348,759 | 1,233,510 | 1,148,312 | 1,079,968 | 1,024,684 | 1,107,371 | 1,016,997 | 964,539 | 894,487 | 876,028 | 766,199 | 678,989 | 607,129 | 574,602 | 520,860 | 443,332 | 372,010 | 333,741 |
| COMBINED: | 2,074,306,633 | 380,666,948 | 336,361,013 | 3,204,099 | 3,341,218 | 2,836,305 | 2,749,462 | 2,332,616 | 2,261,042 | 1,925,437 | 1,712,927 | 1,554,865 | 1,479,347 | 1,316,606 | 1,193,693 | 1,117,329 | 1,048,574 | 952,730 | 837,630 | 747,030 | 671,721 |
| | | 18.35% | | | | | | | | | | | | | | | | | | | |

**NOMINAL DOLLARS**

| AIG CO. | Available Aggregate Limits | Original Limit | % Limits Paid | Combined Allocated | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 84,186,656 | 62,500,000 | 25.83% | 21,313,814 | 20,664,073 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 290 | 9,542 | 35,101 | 39,967 | 38,918 | 37,760 | 36,467 | 21,870 | 11,160 |
| AHA | 28,888,888 | 10,000,000 | 78.74% | 7,873,938 | 6,995,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 554 | 1,988 | 1,941 | 1,880 | 1,608 | 1,364 | 333 | 9,687 |
| BIRM | 10,833,334 | 10,000,000 | 12.59% | 1,259,488 | 1,259,488 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AIU/GS | 9,900,000 | 11,000,000 | 32.13% | 3,534,232 | 3,035,918 | 0 | 0 | 0 | 0 | 3,923 | 15,690 | 13,997 | 12,023 | 13,017 | 12,023 | 11,817 | 11,582 | 20,260 | 24,594 | 32,633 | 25,053 | 24,027 | 22,936 |
| GS | 90,000,000 | 90,000,000 | 27.05% | 24,349,348 | 23,503,266 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ISOP | 500,000 | 2,000,000 | 5.79% | 115,700 | 115,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LEX | 16,811,112 | 12,000,000 | 21.50% | 2,580,107 | 2,580,107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NU | 61,666,666 | 50,000,000 | 28.55% | 14,273,928 | 13,502,470 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 144 | 13,766 | 26,458 | 35,271 |
| | 302,366,656 | 267,500,000 | 28.15% | 75,300,453 | 71,657,251 | 0 | 0 | 0 | 0 | 3,923 | 15,690 | 13,997 | 12,023 | 13,017 | 12,313 | 21,913 | 48,671 | 62,169 | 65,403 | 71,546 | 76,640 | 72,878 | 79,053 |

**NPV AT 6%**

| AIG CO. | Available Aggregate Limits | Original Limit | % Limits Paid | Combined Allocated | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 84,186,656 | 62,500,000 | 25.83% | 20,837,532 | 20,664,073 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 162 | 5,027 | 17,941 | 18,739 | 17,215 | 15,758 | 14,355 | 8,122 | 3,910 |
| AHA | 28,888,888 | 10,000,000 | 78.74% | 7,191,576 | 6,990,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 292 | 988 | 910 | 836 | 671 | 537 | 120 | 3,394 |
| BIRM | 10,833,334 | 10,000,000 | 12.59% | 1,259,488 | 1,259,488 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AIU/GS | 9,900,000 | 11,000,000 | 32.13% | 3,272,611 | 3,035,918 | 0 | 0 | 0 | 0 | 2,768 | 10,436 | 8,782 | 6,782 | 7,705 | 6,714 | 6,226 | 5,756 | 9,498 | 10,879 | 13,368 | 9,862 | 8,923 | 8,036 |
| GS | 90,000,000 | 90,000,000 | 27.05% | 23,674,811 | 23,503,266 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ISOP | 500,000 | 2,000,000 | 5.79% | 115,700 | 115,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LEX | 16,811,112 | 12,000,000 | 21.50% | 2,585,107 | 2,580,107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NU | 61,666,666 | 50,000,000 | 26.55% | 13,875,157 | 13,502,470 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 5,415 | 9,826 | 12,358 |
| | 302,366,656 | 267,500,000 | 26.15% | 72,541,085 | 71,657,251 | 0 | 0 | 0 | 0 | 2,768 | 10,436 | 8,782 | 6,782 | 7,705 | 6,876 | 11,545 | 24,685 | 29,148 | 28,930 | 29,857 | 30,169 | 26,991 | 27,698 |

**PAYMENT STREAM @ 7.00%** 04/01/04

**ALTERNATIVE PAYOUT STREAMS:**

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALT STREAM1 | 70,472,518 | 0 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 0 | 0 | 0 | 0 | 0 |
| ALT STREAM2 | 0 | 0 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 0 | 0 | 0 |
| ALT STREAM3 | 0 | 0 | 0 | 10,000,000 | 10,000,000 | 10,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 0 | 0 | 0 | 0 | 0 |
| ALT STREAM4 | 0 | 10,000,000 | 10,000,000 | 5,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 7,500,000 | 5,000,000 | 5,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 5,000,000 | 0 | 8,050 |
| ALT STREAM5 | 0 | 0 | 5,000,000 | 5,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**NPV @ 7%**

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALT STREAM1 | 0 | 9,191,703 | 8,590,774 | 8,029,133 | 7,502,820 | 7,012,306 | 6,553,061 | 6,125,387 | 5,723,866 | 5,349,655 | 4,999,909 | 4,673,028 | 4,366,710 | 4,081,226 | 0 | 0 | 0 | 0 | 0 |
| ALT STREAM2 | 0 | 0 | 8,590,774 | 8,029,133 | 7,502,820 | 7,012,306 | 6,553,861 | 6,125,387 | 5,723,666 | 5,349,655 | 4,999,909 | 4,673,028 | 4,366,710 | 4,081,226 | 3,814,407 | 3,565,031 | 1,655,671 | 0 | 0 |
| ALT STREAM3 | 0 | 0 | 0 | 8,029,133 | 7,502,820 | 7,012,306 | 16,384,652 | 15,313,468 | 14,311,652 | 13,374,217 | 12,499,772 | 11,682,965 | 10,918,661 | 10,203,422 | 9,535,441 | 8,911,627 | 8,328,624 | 7,783,761 | 7,274,544 |
| ALT STREAM4 | 0 | 9,191,703 | 8,590,774 | 4,014,566 | 0 | 0 | 0 | 0 | 0 | 0 | 3,749,932 | 2,336,514 | 2,183,565 | 4,081,226 | 3,814,407 | 3,565,031 | 1,655,671 | 0 | 0 |
| ALT STREAM5 | 0 | 0 | 4,295,387 | 4,014,566 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

- Granite State Priv 0010474

CONFIDENTIAL

DRESSER - AIG
SUMMARY OF DII / WAGNER - AIG BRATTLE $$ NPV @ 6% & 7%

**TOTAL DOLLARS ALLOCATED:**

NOMINAL DOLLARS

| | AVAIL AGG | ALLOCATED | 06/30/2023 | 06/30/2024 | 06/30/2025 | 06/30/2026 | 06/30/2027 | 06/30/2028 | 06/30/2029 | 06/30/2030 | 06/30/2031 | 06/30/2032 | 06/30/2033 | 06/30/2034 | 06/30/2035 | 06/30/2036 | 06/30/2037 | 06/30/2038 | 06/30/2039 | 06/30/2040 | 06/30/2041 | 06/30/2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DII: | 1,038,677,009 | 254,667,145 | 923,134 | 933,059 | 902,386 | 856,090 | 811,127 | 749,778 | 667,992 | 633,179 | 599,469 | 555,987 | 521,802 | 467,858 | 421,283 | 384,236 | 332,694 | 293,852 | 255,834 | 221,163 | 189,556 | 161,935 |
| WAGNER: | 1,035,629,624 | 160,812,762 | 908,695 | 821,764 | 760,523 | 730,382 | 676,448 | 625,376 | 583,595 | 543,303 | 500,399 | 479,782 | 443,357 | 413,942 | 391,633 | 361,980 | 338,810 | 305,808 | 274,262 | 243,811 | 221,240 | 189,145 |
| COMBINED: | 2,074,306,633 | 415,479,907 | 1,831,829 | 1,754,823 | 1,662,909 | 1,586,462 | 1,487,575 | 1,374,954 | 1,271,587 | 1,176,482 | 1,107,868 | 1,035,769 | 965,159 | 881,800 | 812,896 | 746,216 | 671,504 | 599,670 | 529,896 | 464,974 | 410,804 | 351,080 |
| | TOTAL % ALLOC/PER YR | 20.03% | 0.44% | 0.42% | 0.40% | 0.38% | 0.36% | 0.33% | 0.31% | 0.28% | 0.27% | 0.25% | 0.23% | 0.21% | 0.20% | 0.18% | 0.16% | 0.14% | 0.13% | 0.11% | 0.10% | 0.08% |

NPV AT 6%    6.00%  06/30/2004

| | AVAIL AGG | NPV 6% | 06/30/2023 | 06/30/2024 | 06/30/2025 | 06/30/2026 | 06/30/2027 | 06/30/2028 | 06/30/2029 | 06/30/2030 | 06/30/2031 | 06/30/2032 | 06/30/2033 | 06/30/2034 | 06/30/2035 | 06/30/2036 | 06/30/2037 | 06/30/2038 | 06/30/2039 | 06/30/2040 | 06/30/2041 | 06/30/2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DII: | 1,038,677,009 | 237,178,944 | 305,144 | 290,932 | 265,452 | 237,586 | 212,376 | 185,179 | 160,308 | 139,190 | 124,326 | 108,769 | 95,306 | 81,465 | 69,203 | 59,540 | 49,637 | 40,530 | 33,263 | 27,146 | 21,950 | 17,691 |
| WAGNER: | 1,035,629,624 | 143,486,095 | 300,371 | 256,230 | 223,721 | 202,701 | 177,113 | 154,405 | 135,982 | 119,433 | 105,438 | 93,860 | 81,828 | 72,077 | 64,335 | 56,051 | 49,531 | 42,178 | 35,687 | 29,926 | 25,620 | 20,664 |
| COMBINED: | 2,074,306,633 | 380,666,948 | 605,516 | 547,162 | 489,173 | 440,285 | 389,490 | 339,584 | 296,290 | 258,623 | 229,764 | 202,628 | 178,134 | 153,543 | 133,538 | 115,632 | 98,169 | 82,708 | 68,950 | 57,071 | 47,570 | 38,355 |
| | | 18.35% | | | | | | | | | | | | | | | | | | | | |

NOMINAL DOLLARS

| AIG CO. | Available Aggregate Limits | Original Limit | % Limits Paid | Combined Allocated | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 84,165,666 | 82,500,000 | 25.83% | 21,313,614 | 10,570 | 10,167 | 9,637 | 7,073 | 560 | 9,896 | 9,227 | 20,630 | 30,594 | 28,247 | 28,664 | 34,630 | 31,514 | 28,769 | 25,514 | 22,788 | 20,143 | 17,680 | 15,311 | 13,199 |
| AHA | 28,888,888 | 10,000,000 | 78.74% | 7,873,938 | 26,307 | 36,677 | 70,001 | 71,780 | 67,472 | 63,528 | 66,444 | 57,864 | 59,563 | 63,523 | 54,438 | 40,885 | 26,444 | 24,136 | 20,838 | 18,500 | 16,109 | 13,956 | 11,969 | 10,078 |
| BIRM | 10,833,334 | 10,000,000 | 12.59% | 1,259,488 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AIUGS | 9,500,000 | 11,000,000 | 32.13% | 3,534,332 | 21,730 | 20,452 | 19,125 | 17,818 | 16,568 | 15,443 | 14,403 | 13,429 | 12,522 | 11,634 | 10,733 | 9,798 | 8,912 | 9,125 | 9,125 | 8,150 | 7,209 | 6,314 | 8,176 | 7,067 |
| GS | 90,000,000 | 90,000,000 | 27.05% | 24,349,348 | 0 | 39,268 | 66,503 | 62,833 | 59,058 | 56,993 | 63,054 | 58,400 | 53,912 | 49,496 | 45,096 | 40,586 | 36,673 | 33,277 | 28,921 | 25,536 | 22,210 | 19,219 | 16,477 | 14,124 |
| ISOP | 500,000 | 2,000,000 | 5.79% | 115,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LEX | 16,811,112 | 12,000,000 | 21.50% | 2,580,107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NU | 61,866,666 | 50,000,000 | 28.59% | 14,273,926 | 33,722 | 32,126 | 30,455 | 32,833 | 44,563 | 42,931 | 53,994 | 54,236 | 50,059 | 45,975 | 41,862 | 37,692 | 33,968 | 28,689 | 22,949 | 20,272 | 17,637 | 15,176 | 12,850 | 10,783 |
| | 302,366,666 | 267,500,000 | 28.15% | 75,300,453 | 92,430 | 138,689 | 195,722 | 192,338 | 188,230 | 188,790 | 207,122 | 204,565 | 206,861 | 198,875 | 180,831 | 163,590 | 137,410 | 124,395 | 107,448 | 95,249 | 83,315 | 72,348 | 64,785 | 55,251 |

NPV AT 6%    6.00%  06/30/2004

| AIG CO. | Available Aggregate Limits | Original Limit | % Limits Paid | Combined Allocated | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 84,165,666 | 82,500,000 | 25.83% | 20,837,532 | 3,527 | 3,170 | 2,835 | 1,983 | 144 | 2,444 | 2,150 | 4,535 | 6,345 | 5,526 | 5,294 | 6,030 | 5,177 | 4,458 | 3,730 | 3,143 | 2,621 | 2,170 | 1,773 | 1,442 |
| AHA | 28,888,888 | 10,000,000 | 78.74% | 7,191,578 | 6,896 | 11,436 | 20,592 | 19,921 | 17,866 | 15,690 | 15,482 | 12,721 | 12,353 | 12,427 | 10,047 | 7,119 | 4,344 | 3,740 | 3,081 | 2,552 | 2,098 | 1,713 | 1,386 | 1,101 |
| BIRM | 10,833,334 | 10,000,000 | 12.59% | 1,259,488 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AIUGS | 9,500,000 | 11,000,000 | 32.13% | 3,202,611 | 7,183 | 6,377 | 5,626 | 4,945 | 4,330 | 3,814 | 3,356 | 2,952 | 2,597 | 2,276 | 1,961 | 1,706 | 1,464 | 1,414 | 1,334 | 1,124 | 938 | 775 | 847 | 772 |
| GS | 90,000,000 | 90,000,000 | 27.05% | 23,678,312 | 0 | 12,244 | 19,663 | 17,438 | 15,463 | 14,076 | 14,692 | 12,635 | 11,181 | 9,683 | 8,323 | 7,067 | 6,008 | 5,172 | 4,228 | 3,622 | 2,881 | 2,359 | 1,908 | 1,543 |
| ISOP | 500,000 | 2,000,000 | 5.79% | 115,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LEX | 16,811,112 | 12,000,000 | 21.50% | 2,580,107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NU | 61,866,666 | 50,000,000 | 28.55% | 13,675,757 | 11,147 | 10,017 | 8,959 | 9,112 | 11,673 | 10,603 | 12,581 | 11,923 | 10,384 | 8,994 | 7,730 | 6,563 | 5,590 | 4,492 | 3,353 | 2,768 | 2,265 | 1,853 | 1,488 | 1,178 |
| | 302,366,666 | 267,500,000 | 28.15% | 72,541,085 | 30,583 | 43,244 | 57,575 | 53,379 | 49,284 | 46,627 | 48,261 | 44,969 | 42,860 | 38,906 | 33,376 | 28,485 | 22,573 | 19,276 | 15,708 | 13,137 | 10,841 | 8,880 | 7,502 | 6,036 |

PAYMENT STREAM @  7.00%  04/01/04  | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALT STREAM1 | 8,310 | 10,990 | 13,676 | 11,850 | 10,226 | 9,040 | 8,745 | 7,615 | 6,784 | 5,755 | 4,614 | 3,680 | 2,726 | 2,175 | 1,657 | 1,205 | 999 | 764 | 604 | 454 |

ALTERNATIVE PAYOUT STREAMS:
ALT STREAM2
ALT STREAM3
ALT STREAM4
ALT STREAM5

NPV @ 7%: ALT STREAM1
ALT STREAM2
ALT STREAM3
ALT STREAM4
ALT STREAM5

Granite State Priv .0010475

CONFIDENTIAL

## DRESSER - AIG
## SUMMARY OF DII / WAGNER - AIG BRATTLE $$ NPV @ 6% & 7%

### NOMINAL DOLLARS

**TOTAL DOLLARS ALLOCATED:**

| AVAIL AGG | ALLOCATED | 06/30/2043 | 06/30/2044 | 06/30/2045 | 06/30/2046 | 06/30/2047 | 06/30/2048 | 06/30/2049 | 06/30/2050 | 06/30/2051 | 06/30/2052 | TOTAL | VAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DII: 1,038,677,009 | 254,667,145 | 133,367 | 111,524 | 91,180 | 72,086 | 59,269 | 44,607 | 36,275 | 28,326 | 22,682 | 13,727 | 254,667,146 | (1) |
| WAGNER: 1,035,629,624 | 160,812,762 | 155,224 | 119,476 | 81,924 | 42,446 | 946 | 428 | 0 | 0 | 0 | 0 | 160,812,761 | 1 |
| COMBINED: 2,074,306,633 | 415,479,907 | 288,611 | 231,000 | 173,104 | 114,532 | 60,215 | 45,331 | 36,703 | 28,326 | 22,682 | 13,727 | 415,479,907 | 0 |
| NPV AT 6% | TOTAL % ALLOC./PER YR: | 0.07% | 0.06% | 0.04% | 0.03% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.00% | 100.00% | |

| | 06/30/04 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVAIL AGG | NPV$$ | 06/30/2043 | 06/30/2044 | 06/30/2045 | 06/30/2046 | 06/30/2047 | 06/30/2048 | 06/30/2049 | 06/30/2050 | 06/30/2051 | 06/30/2052 | TOTAL | VAR |
| DII: 1,038,677,009 | 237,176,944 | 13,769 | 10,843 | 8,363 | 6,238 | 4,839 | 3,435 | 2,535 | 1,942 | 1,467 | 637 | 237,178,944 | 0 |
| WAGNER: 1,035,629,624 | 143,488,005 | 15,999 | 11,616 | 7,514 | 3,673 | 77 | 31 | 0 | 0 | 0 | 0 | 143,488,005 | 0 |
| COMBINED: 2,074,306,633 | 380,666,949 | 29,767 | 22,458 | 15,878 | 9,911 | 4,916 | 3,491 | 2,567 | 1,942 | 1,467 | 637 | 380,666,949 | 0 |
| | | 0.07% | 0.06% | 0.04% | 0.03% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.00% | 18.35% | |

### NOMINAL DOLLARS 6.00%

| AIG CO. | Available Aggregate Limits | Original Limit | % Limits Paid | Combined Allocated | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 84,166,665 | 82,500,000 | 25.83% | 21,313,614 | 11,769 | 9,463 | 7,163 | 4,854 | 2,760 | 2,091 | 1,679 | 1,298 | 1,052 | 639 | 21,313,558 | 62,853,109 |
| AHA | 28,888,888 | 10,000,000 | 78.74% | 7,873,938 | 8,266 | 6,881 | 5,604 | 4,380 | 3,564 | 2,698 | 2,188 | 1,692 | 1,361 | 636 | 7,873,922 | 21,014,966 |
| BIRM | 10,833,334 | 10,000,000 | 12.59% | 1,259,488 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,259,488 | 9,573,846 |
| AIU/GS | 9,500,000 | 11,000,000 | 32.13% | 3,534,332 | 5,841 | 4,639 | 3,434 | 2,196 | 1,041 | 778 | 633 | 481 | 402 | 230 | 3,534,281 | 5,955,719 |
| GS | 90,000,000 | 90,000,000 | 27.05% | 24,349,348 | 11,827 | 9,874 | 8,068 | 6,391 | 5,255 | 3,948 | 3,221 | 2,599 | 2,041 | 1,213 | 24,349,287 | 65,650,713 |
| ISOP | 500,000 | 2,000,000 | 5.79% | 115,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 115,700 | 384,300 |
| LEX | 16,811,112 | 12,000,000 | 21.50% | 2,580,107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,580,107 | 14,231,005 |
| NJ | 61,666,668 | 50,000,000 | 28.55% | 14,273,926 | 7,102 | 5,935 | 4,852 | 3,837 | 3,160 | 2,376 | 1,941 | 1,503 | 1,222 | 738 | 14,273,889 | 47,392,779 |
| | 302,366,665 | 267,500,000 | 728.15% | 75,300,453 | 44,805 | 36,792 | 29,120 | 21,656 | 15,789 | 11,892 | 9,662 | 7,464 | 6,077 | 3,856 | 75,300,232 | 227,066,436 |

### NPV AT 6% 6.00%

| AIG CO. | Available Aggregate Limits | Original Limit | % Limits Paid | Combined Allocated | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIU | 84,166,666 | 82,500,000 | 25.83% | 20,837,532 | 1,213 | 920 | 657 | 420 | 226 | 161 | 122 | 89 | 68 | 39 | 20,837,532 | 63,329,134 |
| AHA | 28,888,888 | 10,000,000 | 78.74% | 7,191,578 | 852 | 669 | 514 | 379 | 281 | 207 | 159 | 116 | 88 | 51 | 7,191,578 | 21,697,310 |
| BIRM | 10,833,334 | 10,000,000 | 12.59% | 1,259,486 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,259,486 | 9,573,846 |
| AIU/GS | 9,500,000 | 11,000,000 | 32.13% | 3,202,611 | 602 | 451 | 315 | 190 | 85 | 60 | 46 | 33 | 26 | 14 | 3,202,611 | 6,297,389 |
| GS | 90,000,000 | 90,000,000 | 27.05% | 23,678,312 | 1,219 | 960 | 740 | 533 | 429 | 304 | 234 | 172 | 132 | 74 | 23,678,312 | 66,321,688 |
| ISOP | 500,000 | 2,000,000 | 5.79% | 115,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 115,700 | 384,300 |
| LEX | 16,811,112 | 12,000,000 | 21.50% | 2,580,107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,580,107 | 14,231,005 |
| NJ | 61,666,668 | 50,000,000 | 28.55% | 13,675,757 | 732 | 577 | 445 | 332 | 256 | 183 | 141 | 103 | 79 | 45 | 13,675,757 | 47,990,911 |
| | 302,366,660 | 267,500,000 | 28.15% | 72,541,085 | 4,618 | 3,577 | 2,671 | 1,874 | 1,289 | 915 | 702 | 513 | 393 | 223 | 72,541,085 | 229,825,693 |

PAYMENT STREAM @ 7.00% 01/01/04   2043 2044 2045 2046 2047 2048 2049 2050 2051 2052  TOTAL
                                   325  235  164  108  69   46   33   22   16   9    70,682,560

**ALTERNATIVE PAYOUT STREAMS:**
ALT STREAM1
ALT STREAM2
ALT STREAM3
ALT STREAM4
ALT STREAM5

NPV @ 7%: ALT STREAM1
ALT STREAM2
ALT STREAM3
ALT STREAM4
ALT STREAM5

Granite State Priv 0010476

CONFIDENTIAL