# EXHIBIT 36

"Claims Email - ImageRight" <claims-emails-prod@odysseyre.com>
From: "Drew, Evelyn Y. (Stamford)" <EDrew@OdysseyRe.com>
Date: Tue, 23 Jun 2009 09:05:46 -0400
Subject: SC26285*1980*3

<<IR110000.pdf>>

-----Original Message-----
From: Drew, Evelyn Y. (Stamford)
Sent: Tuesday, June 23, 2009 9:05 AM
To: 'maryellen.wakeman@aiuholdings.com'
Cc: Magnotta, Chris; Chavez, Theresa (Stamford)
Subject: McGraw Edison

MaryEllen:

As per your request, attached, please find a copy of the query forwarded by Julie Tavernese dated June 8, 2009.

Thank you.

Regards,
Evelyn



CW 00996



*OdysseyRe*

Ms. Maryellen Wakeman                                              June 8, 2009
Insurance Company State of Pennsylvania
P.O. Box 1024
Manchester, NH 03105-1024

RE:    Ceding Company:         ISCOP / Granite State
       Insured:                McGraw Edison
       Dates of Loss:          3/1/80, 3/1/81, 3/1/82 & 3/1/83
       CIC Claim #'s:          SC26285*1980*3, SC27675*1981*2
                               SC29066*1982*2 & SC30932*1983*2
       ISCOP Claim #'s:        170-053344, 170-054282, 170-053345,
                               170-054281, 170-053346, 170-057620 &
                               170-058016

Dear Ms. Wakeman:

This will acknowledge receipt of your recent reserve notices as well as payment requests for the above referenced asbestos losses. After our review of the information provided additional details as well as material are required before consideration can be given to your payment requests.

Please provide us with complete copies of the following Granite State policies including the policies if they follow form. The Policy numbers are as follows:

3/1/80    066801963
3/1/81    066812370
3/1/82    066823216
3/1/83    066833982

Please explain why AIG advised us of these reserve increases in April 2009, when they were aware an exposure existed at the time they settled the Dresser claim in 2004. We will require your payment / reserve allocation spreadsheet for all the Studebaker / McGraw Edison claims. Please confirm that your settlement with the Dresser / Studebaker claims were on a discount basis (information in our 1971 file indicates that you saved $108mm from your total limits of $370mm). If you did settle on a discounted basis, please explain why no discount is being taken off your reserves as the LMS sheets presented is for full policy limits. We will require copies of the Brattle / NERA models used to determine the various policy exposures.

Please advise if you settled the Federal Mogul exposure under the vertical partition agreement. If you did negotiate an agreement we will need complete details of your settlement and the allocation methodology for these claims as well. If you did not settle the Federal Mogul claims, then please explain your rationale for posting full policy limits

Odyssey America Reinsurance Corporation • 300 First Stamford Place, Stamford, CT 06902 • Phone (203) 977-8000 • Fax: (203) 356-0196 • www.odysseyre.com

CW 00997



*OdysseyRe*

reserves when only half of the limits are exposed for the settlement with the Studebaker / McGraw claims.

We would also like to review your Studebaker / McGraw Edison files, please provide us with some dates so that we may set-up a file a mutually agreeable file review for these claims.

Once all requested information is received and reviewed, consideration will be given to your requests.

Thank you for your anticipated cooperation in this matter.

Regards,

Julie Tavernese
Assistant Vice President
Claim Department

Odyssey America Reinsurance Corporation • 300 First Stamford Place, Stamford, CT 06902 • Phone (203) 977-8000 • Fax: (203) 356-0196 • www.odysseyre.com

CW 00998