# EXHIBIT 50

REINSURANCE
NOTICE OF LOSS

ADVICE                                                        04/16/08

TO:                                    FROM:
CLEARWATER INSURANCE COMPANY           INS CO OF THE STATE OF PA
100 CALIFORNIA ST.
                                       P.O. BOX 1024
SAN FRANCISCO,    CA 94111             FACULTATIVE COLLECTIONS
                                       MANCHESTER    NH    031051024
                                       (603)645-7331 OR  (603) 645-7335

| RI. CO. NO. | TREATY NO. | INTER NO. | REINS.CERT NO. | CLAIM NO. | POLICY NO. |
|---|---|---|---|---|---|
| 000382 | - | - - - | C-27675 | 170-053345 | CVST 066812370 |

| POLICY PERIOD | DATE OF LOSS | CROSS REF. CLAIM NO. | DIV. | BRH. | PUC. |
|---|---|---|---|---|---|
| 03/01/81 TO 03/01/82 | 03/01/81 | | 043 | 06 | 03868 |

LOSS LOCATION:           INSUREDS NAME:  MCGRAW EDISON
                                         ONE CONTINENTAL TOWERS
                                         ROLING MEADOWS, IL

LOSS DESCRIPTION:  BI

FACULTATIVE
REIN CO SHR  20.0000% OF   $3,759,398   IN EXCESS OF   $0   RETENTION
CATASTROPHE NO.:           LIMIT:                     SIR:

| CLAIMANT NAME/INJURY/DAMAGE DESCRIPTION | CURRENT O/S | PAYMENT |
|---|---|---|
| 1. AGG TOX ASBESTOS     BI | 1.00 | 0.00 |
| SUB-TOTAL | 1.00 | 0.00 |
| EXPENSES INCURRED | 0.00 | 0.00 |
| CLAIM TOTALS | 1.00 | 0.00 |

RICO SHARE: ------------------------------->
                 INDEMNITY        EXPENSE         0.20        TOTAL

| | INDEMNITY | EXPENSE | TOTAL |
|---|---|---|---|
| TOTAL PAYMENTS | 0.00 | 0.00 | 0.00 |
| RICO TOTAL SHARE | 0.00 | 0.00 | 0.00 |
| PRIOR STATEMENT(S) TOT | 0.00 | 0.00 | 0.00 |
| THIS STATEMENT | 0.00 | 0.00 | 0.00 |

PLEASE PAY INVOICE NO.                          AMOUNT DUE       $0.00
           20080416-170-053345-0-000000-000382  ===============
REMIT AMOUNT DUE TO:  CV STARR
                      P.O. BOX 35010
                      NEWARK, NJ 07193-5010

EXHIBIT
Clearwater
128
REC 2/10/11

CW 01821