# EXHIBIT 54

# REINSURANCE NOTICE OF LOSS

ADVICE                                                                04/16/08

TO:
CLEARWATER INSURANCE COMPANY                    FROM:
100 CALIFORNIA ST.                              INS CO OF THE STATE OF PA

SAN FRANCISCO,    CA 94111                      P.O. BOX 1024
                                                FACULTATIVE COLLECTIONS
                                                MANCHESTER      NH       031051024
                                                (603)645-7331 OR     (603) 645-7335

04/22/2008 01:28 PM 6DC45_3058

| RI. CO. NO. | TREATY NO. | INTER NO. | REINS.CERT NO. | CLAIM NO. | POLICY NO. |
|---|---|---|---|---|---|
| 000382 | - | - - - | C-27675 | 170-053345 | CVST 066812370 |

| POLICY PERIOD | DATE OF LOSS | CROSS REF. CLAIM NO. | DIV. | BRH. | PUC. |
|---|---|---|---|---|---|
| 03/01/81 TO 03/01/82 | 03/01/81 | | 043 | 06 | 03868 |

LOSS LOCATION:                 INSUREDS NAME:   MCGRAW EDISON
                                                ONE CONTINENTAL TOWERS
                                                ROLING MEADOWS, IL

LOSS DESCRIPTION:   BI

FACULTATIVE
REIN CO SHR   20.0000% OF   $3,759,398   IN EXCESS OF   $0   RETENTION
CATASTROPHE NO.:            LIMIT:                      SIR:

| CLAIMANT NAME/INJURY/DAMAGE DESCRIPTION | | CURRENT O/S | PAYMENT |
|---|---|---|---|
| 1. AGG TOX ASBESTOS | BI | 1.00 | 0.00 |
| | SUB-TOTAL | 1.00 | 0.00 |
| | EXPENSES INCURRED | 0.00 | 0.00 |
| | CLAIM TOTALS | 1.00 | 0.00 |

RICO SHARE:   -------------------------------->    0.20
                      INDEMNITY          EXPENSE           TOTAL

| | | | |
|---|---|---|---|
| TOTAL PAYMENTS | 0.00 | 0.00 | 0.00 |
| RICO TOTAL SHARE | 0.00 | 0.00 | 0.00 |
| PRIOR STATEMENT(S) TOT | 0.00 | 0.00 | 0.00 |
| THIS STATEMENT | 0.00 | 0.00 | 0.00 |

PLEASE PAY INVOICE NO.                          AMOUNT DUE       $0.00
            20080416-170-053345-0-000000-000382           ================
    REMIT AMOUNT DUE TO:  CV STARR
                          P.O. BOX 35010
                          NEWARK, NJ 07193-5010



CW 01821

```
                              REINSURANCE
                            NOTICE OF LOSS
     ADVICE                                               04/16/08

     TO:                                      FROM:
     CLEARWATER INSURANCE COMPANY             INS CO OF THE STATE OF PA
     100 CALIFORNIA ST.
                                              P.O. BOX 1024
                                              FACULTATIVE COLLECTIONS
     SAN FRANCISCO,        CA 94111           MANCHESTER        NH     031051024
                                              (603)645-7331 OR    (603) 645-7335
```

04/22/2008 01:28 PM 6DC45_3058

| RI. CO. NO. | TREATY NO. | INTER NO. | REINS. CERT NO. | CLAIM NO. | POLICY NO. |
|---|---|---|---|---|---|
| 000382 | - | - - - | SC 29066 | 170-053346 | CVST 066823216 |

| POLICY PERIOD | DATE OF LOSS | CROSS REF. CLAIM NO. | DIV. | BRH. | PUC. |
|---|---|---|---|---|---|
| 03/01/82 TO 03/01/83 | 03/01/82 | | 043 | 06 | 03868 |

LOSS LOCATION:            INSUREDS NAME:  MCGRAW EDISON
                                          ONE CONTIENTAL TOWERS
                                          ROLLING MEADWS, IL

LOSS DESCRIPTION:  BI

FACULTATIVE
REIN CO SHR  20.0000% OF   $4,494,382   IN EXCESS OF      $0    RETENTION

CATASTROPHE NO.:        LIMIT:                    SIR:

| CLAIMANT NAME/INJURY/DAMAGE DESCRIPTION | CURRENT O/S | PAYMENT |
|---|---|---|
| 1. AGG TOX ASBESTOS    BI | 1.00 | 0.00 |
| SUB-TOTAL | 1.00 | 0.00 |
| EXPENSES INCURRED | 0.00 | 0.00 |
| CLAIM TOTALS | 1.00 | 0.00 |

RICO SHARE: ----------------------------------> 0.20
                   INDEMNITY              EXPENSE           TOTAL

| | | | |
|---|---|---|---|
| TOTAL PAYMENTS | 0.00 | 0.00 | 0.00 |
| RICO TOTAL SHARE | 0.00 | 0.00 | 0.00 |
| PRIOR STATEMENT(S) TOT | 0.00 | 0.00 | 0.00 |
| THIS STATEMENT | 0.00 | 0.00 | 0.00 |

PLEASE PAY INVOICE NO.                          AMOUNT DUE        $0.00
          20080416-170-053346-0-000000-000382   ================
     REMIT AMOUNT DUE TO:  CV STARR
                           P.O. BOX 35010
                           NEWARK, NJ 07193-5010



CW 02387

06/17/2008 01:20 PM CEFB4_1166

```
                                    REINSURANCE
                                   NOTICE OF LOSS
       ADVICE                                                    06/05/08
       TO:                                              FROM:
       CLEARWATER INSURANCE COMPANY                     INS CO OF THE STATE OF PA
       100 CALIFORNIA ST.
                                                        P.O. BOX 1024
                                                        FACULTATIVE COLLECTIONS
       SAN FRANCISCO,        CA 94111                   MANCHESTER      NH   031051024
                                                        (603) 645-7331 OR  (603) 645-7335
```

| RI. CO. NO. | TREATY NO. | INTER NO. | REINS. CERT NO. | CLAIM NO. | POLICY NO. |
|---|---|---|---|---|---|
| 000382 | - | - - | SC 29066 | 170-054281 | CVST 066823216 |

| POLICY PERIOD | DATE OF LOSS | CROSS REF. CLAIM NO. | DIV. | BRH. | PUC. |
|---|---|---|---|---|---|
| 03/01/82 TO 03/01/83 | 03/01/82 | | 043 | 06 | 03868 |

LOSS LOCATION:         INSUREDS NAME:   MCGRAW EDISON
                                        ONE CONTIENTAL TOWERS
                                        UNK
                                        ROLLING MEADWS, IL

LOSS DESCRIPTION:   ASBESTOS EXPOSURE

FACULTATIVE
REIN CO SHR  20.0000% OF   $4,494,382   IN EXCESS OF    $0        RETENTION
CATASTROPHE NO.:           LIMIT:                      SIR:

| CLAIMANT NAME/INJURY/DAMAGE DESCRIPTION | CURRENT O/S | PAYMENT |
|---|---|---|
| 1. UNKNOWN           ASBESTOS | | |
| EXPOSURE | 1.00 | 0.00 |
| SUB-TOTAL | 1.00 | 0.00 |
| EXPENSES INCURRED | 0.00 | 0.00 |
| CLAIM TOTALS | 1.00 | 0.00 |

INPUT

_X_ REGISTRATION

RICO SHARE: --------------------------> 0.20

__ PAY LOSS              INDEMNITY      EXPENSE     TOTAL

__ RESERVE CHANGE        0.00           0.00        0.00
   RICO TOTAL SHARE      0.00           0.00        0.00
__ PRIOR STATEMENT(S) TOT __ BOOK  0.00  0.00       0.00
   RECOVERY STATEMENT    0.00           0.00        0.00

__ PAY LOSS & EXP

__ CLOSING INVOICE NO.                       AMOUNT DUE    $0.00
            20080605-170-054281-0-000000-000382    ================
   REMIT AMOUNT DUE TO:  CV STARR
                         P.O. BOX 35010
                         NEWARK, NJ 07193-5010

EXAMINER: JSM  6/20/08

APH UNIT
Mantle, Joan (Stamford)  06/18/2008

EXHIBIT
CW 02384

```
                              REINSURANCE
        ADVICE                NOTICE OF LOSS
                                                        02/17/09
   TO:
   CLEARWATER INSURANCE COMPANY            FROM:
   ONE LIBERTY PLAZA                       INS CO OF THE STATE OF PA

   NEW YORK,         NY 10006              P.O.BOX 1024
                                           FACULTATIVE COLLECTIONS
                                           MANCHESTER      -NH    031051024
                                           (603)645-7331 OR    (603) 645-7335
```

| RI CO NO | TREATY NO | INTER NO | REINS CERT NO | CLAIM NO | POLICY NO |
|---|---|---|---|---|---|
| 003728 | - | - - - | C 26285 | 170-053344 | CVST 066801963 |

| POLICY PERIOD | DATE OF LOSS | CROSS REF CLAIM NO | DIV | BRH | PUC |
|---|---|---|---|---|---|
| 03/01/80 TO 03/01/81 | 03/01/80 | | 043 | 03 | 03868 |

LOSS LOCATION:            INSUREDS NAME:   MCGRAW EDISON
                                           333 WEST RIVER ROAD
                                           UNK
                                           ELGIN, IL

LOSS DESCRIPTION:   BI

FACULTATIVE
REIN CO SHR   20.0000% OF   $2,500,000   IN EXCESS OF   $0   RETENTION

CATASTROPHE NO :               LIMIT:                  SIR:

| CLAIMANT NAME/INJURY/DAMAGE DESCRIPTION | CURRENT O/S | PAYMENT |
|---|---|---|
| 1. AGG TOX ASBESTOS       BI | 1.00 | 0.00 |
| SUB-TOTAL | 1.00 | 0.00 |
| EXPENSES INCURRED | 0.00 | 930.00 |
| CLAIM TOTALS | 1.00 | 930.00 |

RICO SHARE: ----------------------------------------->
                  INDEMNITY              EXPENSE        186 20        TOTAL

TOTAL PAYMENTS              0.00         930.00         930.00
RICO TOTAL SHARE            0.00           0.00           0.00
PRIOR STATEMENT(S) TOT      0.00           0.00           0.00
THIS STATEMENT              0.00           0.00           0.00

PLEASE PAY INVOICE NO                              AMOUNT DUE      $0.00
              20090217-170-053344-0-000000-003728  ===============
        REMIT AMOUNT DUE TO:  CV STARR
                              P.O. BOX 35010
                              NEWARK, NJ 07193-5010



# APH UNIT
## Mantle, Joan (Stamford)   02/26/2009

CW 01100

```
                                  REINSURANCE
   ADVICE                       NOTICE OF LOSS
                                                        02/17/09
   TO:
   CLEARWATER INSURANCE COMPANY          FROM:
   ONE LIBERTY PLAZA                     INS CO OF THE STATE OF PA

   NEW YORK,          NY 10006           P O BOX 1024
                                         FACULTATIVE COLLECTIONS
                                         MANCHESTER      NH      031051024
                                         (603)645-7331 OR    (603) 645-7335
```

02/24/2009 04:05 PM DDF2D_1818

| RI CO NO | TREATY NO | INTER NO | REINS CERT NO | CLAIM NO | POLICY NO |
|---|---|---|---|---|---|
| 003728 | - | - - | C 26285 | 170-054282 | CVST 066801963 |

| POLICY PERIOD | DATE OF LOSS | CROSS REF CLAIM NO | DIV | BRH | PUC |
|---|---|---|---|---|---|
| 03/01/80 TO 03/01/81 | 03/01/80 | | 043 | 03 | 03868 |

LOSS LOCATION              INSUREDS NAME·  MCGRAW EDISON
                                           333 WEST RIVER ROAD
                                           UNK
                                           ELGIN, IL

LOSS DESCRIPTION.    ASBESTOS EXPOSURE

FACULTATIVE
REIN CO SHR   20.0000% OF    $2,500,000   IN EXCESS OF    $0    RETENTION
CATASTROPHE NO :            LIMIT:                    SIR·

| CLAIMANT NAME/INJURY/DAMAGE DESCRIPTION | CURRENT O/S | PAYMENT |
|---|---|---|
| 1. AGG TOX ASBESTOS EXPOSURE    ASBESTOS | 1.00 | 0.00 |
| SUB-TOTAL | 1.00 | 0.00 |
| EXPENSES INCURRED | 0.00 | 930.00 |
| CLAIM TOTALS | 1.00 | 930.00 |

RICO SHARE  -------- INDEMNITY --------> EXPENSE  186.20  TOTAL
  INPUT

| | | | |
|---|---|---|---|
| TOTAL PAYMENTS | 0.00 | 930.00 | 930.00 |
| RICO TOTAL SHARE | 0.00 | 0.00 | 0.00 |
| PRIOR STATEMENT(S) TOT | 0.00 | 0.00 | 0.00 |
| THIS STATEMENT | 0.00 | 0.00 | 0.00 |

__ PAY LOSS          __ RESERVE CHANGE
__ PAY EXPENSE       __ BOOK RECOVERY
__ PLEASE PAY INVOICE NO.  __ CLOSING
__ PAY LOSS & EXP    20090217V8-054282-0-000000-003728   AMOUNT DUE   $0.00
      REMIT AMOUNT DUE TO: CV STARR
                           P.O. BOX 35010
EXAMINER: JAT 2/27/09  SC26285*1980*3  NEWARK NJ 07193-5010
X REGISTRATION



PH UNIT
Mantle, Joan (Stamford)  02/26/2009

CW 01101