# EXHIBIT 59

## Policy Aggregate Limit Inquiry Search Result

| Policy # | Module | A/S Co. | Iss Co. | Insured Name | Eff. Date | Exp. Date | Incurred |
|---|---|---|---|---|---|---|---|
| 066823217 | 00 | 012 | 122 | MCGRAW EDISON | 03/01/1982 | 03/01/1983 | $0 |



EXHIBIT
CLEARWATER
63
RSL 2/23/11

http://ett.aig.com/ettweb/PrintGrid.htm

2/9/2006

Granite Site 005009

## Policy Aggregate Limit Inquiry Search Result

| Policy # | Module | A/S Co. | Iss Co. | Insured Name | Eff. Date | Exp. Date | Incurred |
|---|---|---|---|---|---|---|---|
| 066833982 | 00 | 012 | 122 | MCGRAW EDISON | 03/01/1983 | 03/01/1984 | $911 |

Granite Site 005010