# EXHIBIT 64

Federal-Mogul U.S. Asbestos Personal Injury Trust                                    Page 1 of 1

### Wilkinson, Jr., Thomas

From: Feldman, Ted J. [feldmant@gilbertrandolph.com]
Sent: Wednesday, August 27, 2008 2:15 PM
To: Dolan, James
Cc: Wilkinson, Jr., Thomas
Subject: Federal-Mogul U.S. Asbestos Personal Injury Trust

CONFIDENTIAL
SETTLEMENT-RELATED COMMUNICATION

Jim:

I write to follow up on our phone conference last Wednesday, August 20, 2008, during which I communicated to you that the settlement reached between the parties did not include a release for environmental claims. At that time, I reiterated that any discussions with respect to coverage for Federal-Mogul's environmental liabilities must proceed on a separate track. In addition, I expressed my understanding that this point was addressed at the settlement meeting that you attended in December 2007.

While you did not express disagreement regarding the agreed-upon scope of release, you indicated that the draft agreement we transmitted contained a payment stream that was proposed in connection with a broader release that was inclusive of environmental claims. You explained that a total of four payment stream options were discussed (i.e., two alternative streams in connection with a broad release and two alternatives in connection with a more narrow release that did not include environmental claims). I requested that you send me the details regarding the four payment streams to which you referred, and you said that you would provide that information to me so that we could then discuss the matter with our respective clients.

I have not received the requested information and again ask that you identify the four streams so that we can keep this process moving forward.

Thank you for your attention to this matter.

Ted J. Feldman
Gilbert Randolph LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
T (202) 772-2340
F (202) 772-2341
feldmant@gilbertrandolph.com
www.gilbertrandolph.com

This email and any attachments may contain confidential information that is privileged at law. If you are not a named recipient or have received this communication by error, please notify the sender immediately and destroy this email and its attachments, and all copies thereof, without further distributing or copying them.



8/28/2008

Granite State 034570

CONFIDENTIAL