# EXHIBIT 66

Wilkinson, Jr., Thomas G.
_____

From: Wilkinson, Jr., Thomas G.
Sent: Saturday, May 08, 2004 11:17 PM
To: 'simon.yoon@aig.com'
Cc: Shea, John D.
Subject: Fw: Hallliburton



REDACTED
Tom
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Florin, David <DFlorin@crowell.com>
To: David.Steiner@everestre.com <David.Steiner@everestre.com>; stephen.ruth@verizon.net <stephen.ruth@verizon.net>; larinzo.clayton@rivkin.com <larinzo.clayton@rivkin.com>; Larinzo7@aol.com <Larinzo7@aol.com>; Craig908@optonline.net <Craig908@optonline.net>; WTCI [wjbowman@hhlaw.com] <wjbowman@hhlaw.com>; afrackman@omm.com <afrackman@omm.com>; TSchiavoni@OMM.com <TSchiavoni@OMM.com>; Andrew frankel <afrankel@stblaw.com>; HWL [Anthony.gambardella@rivkin.com] <Anthony.gambardella@rivkin.com>; Arthur F. Brandt (E-mail) <abrandt@batescarey.com>; Catherine O'Donnell <codonnell@rc.com>; cebrowne@omm.com <cebrowne@omm.com>; Daly, John <john.daly@mbtlaw.com>; HWL[ebparks@hhlaw.com] <ebparks@hhlaw.com>; gellersdorfer@kllaw.com <gellersdorfer@kllaw.com>; zimmer@zklaw.com <zimmer@zklaw.com>; J. Frank Kinsel Jr. (E-mail) <jkinsel@canteyhanger.com>; HWL [jpruggeri@hhlaw.com] <jpruggeri@hhlaw.com>; Shea, John D. <JShea@cozen.com>; Dwyer, John <JDwyer@cozen.com>; John L. Riedl <jlriedl@duanemorris.com>; kcohen@omm.com <kcohen@omm.com>; Kimberly Luff Wakim (E-mail) <kwakim@thorpreed.com>; mtreisman@stblaw.com <mtreisman@stblaw.com>; Michael Katz <mikekatz@willmanlaw.com>; Michael Schwartz <schwartzm@wemed.com>; Nancy Beattie <NLBeattie@duanemorris.com>; Patricia Taylor Fox <pfox@stblaw.com>; ppeters@kllaw.com <ppeters@kllaw.com>; Robert Keane <robert.keane@mendes.com>; Rodewald, John E. <jrodewald@batescarey.com>; OCF [scott.seaman@mbtlaw.com] <scott.seaman@mbtlaw.com>; Stephen J. Abarbanel (E-mail) <sabarbanel@rc.com>; Steven M. Crane (E-mail) <scrane@bcrslaw.com>; Wilkinson, Jr., Thomas G. <TWilkinson@cozen.com>; mtellegen@kllaw.com <mtellegen@kllaw.com>; Underhill, Kathryn <KUnderhill@crowell.com>; Florin, David <DFlorin@crowell.com>; Gallu, Chris <CGallu@crowell.com>; Hendler, Cliff <CHendler@crowell.com>; Parsons, Barry <BParsons@crowell.com>; Plevin, Mark <MPlevin@crowell.com>; Amie Pelletier <apelleti@mail.mm-m.com>; Andrew Craig <acraig@cuyler.com>; Arthur Liederman <aliederma@mail.mm-m.com>; Katherine Billingham <katherineb@ameritech.net>; Mark Zimmerman <mzimmerman@clausen.com>; ppeters@kklaw.com <ppeters@kklaw.com>; pbora@clausen.com <pbora@clausen.com>; Philip King <phil.king@mbtlaw.com>; Robert Siegel <rsiegel@tels.com>; Bellew, Sean <SBellew@cozen.com>; pd[scalogero@cuyler.com] <scalogero@cuyler.com>; mtellegen@kklaw.com <mtellegen@kklaw.com>; Elit R. Felix <efelix@margolisedelstein.com>; James S. Yoder <yoderj@whiteandwilliams.com>; VIA[paul.gorfinkel@rivkin.com] <paul.gorfinkel@rivkin.com>
Sent: Sat May 08 18:19:34 2004
Subject: Hallliburton

For those of you who may not have received this earlier.

David
-----Original Message-----
From: Geronemus David [mailto:DGeronemus@JAMSADR.com]
Sent: Saturday, May 08, 2004 4:49 PM
To: Hendler, Cliff; Florin, David; wjbowman@hhlaw.com; afrackman@omm.com; TSchiavoni@OMM.com; afrankel@stblaw.com; anthony.gambardella@rivkin.com; abrandt@batescarey.com; codonnell@rc.com; cebrowne@omm.com; john.daly@mbtlaw.com; EBParks@HHLAW.com; GWMayo@HHLAW.com; gellersdorfer@kllaw.com; zimmer@zklaw.com; jkinsel@canteyhanger.com; JPRuggeri@HHLAW.com; jshea@cozen.com; jdwyer@cozen.com; jlriedl@duanemorris.com; kcohen@omm.com; kwakim@thorpreed.com; mtreisman@stblaw.com; mikekatz@willmanlaw.com; schwartzm@wemed.com; NLBeattie@duanemorris.com; pfox@stblaw.com; ppeters@kllaw.com; robert.keane@mendes.com; jrodewald@batescarey.com;

1

Granite State Priv 0006812

CONFIDENTIAL

```
scott.seaman@mbtlaw.com; sabarbanel@rc.com
Cc: David.Steiner@everestre.com; stephen.ruth@verizon.net; larinzo.clayton@rivkin.com
Subject: RE: David Geronemus' Term Sheet from New York City/ April 21-22////FW: A new fax
has arrived from (Part 1 of 1) on Channel 0
```

Here is the schedule going forward for the full group as I understand it:

1. Ed and Bill will circulate a draft term sheet this evening.  Carriers should send comments tonight.  Bill and Ed will work with Dave F., Cliff, and Jack Shea to get something in shape to go to Mike Zanic hopefully by noon tomorrow.  It will be circulated subject to client review, work in progress, and any other approrpiate caveats

2. Carriers should be receiving the cashflows that will be attached to teh term sheet.  They will be transmitted to Mike after tomorrow's 7:15 PM call.

3. We will talk as a group tomorrow night at 7:15 EDT - same call in.

4. Term sheet signing is scheduled for Tuesday.


David

```
-----Original Message-----
From: Hendler, Cliff [mailto:CHendler@crowell.com]
Sent: Sat 5/8/2004 12:05 PM
To: Geronemus David; Florin, David; wjbowman@hhlaw.com; afrackman@omm.com;
TSchiavoni@OMM.com; afrankel@stblaw.com; anthony.gambardella@rivkin.com;
abrandt@batescarey.com; codonnell@rc.com; cebrowne@omm.com; john.daly@mbtlaw.com;
EBParks@HHLAW.com; GWMayo@HHLAW.com; gellersdorfer@kllaw.com; zimmer@zklaw.com;
jkinsel@canteyhanger.com; JPRuggeri@HHLAW.com; jshea@cozen.com; jdwyer@cozen.com;
jlriedl@duanemorris.com; kcohen@omm.com; kwakim@thorpreed.com; mtreisman@stblaw.com;
mikekatz@willmanlaw.com; schwartzm@wemed.com; NLBeattie@duanemorris.com; pfox@stblaw.com;
ppeters@kllaw.com; robert.keane@mendes.com; jrodewald@batescarey.com;
scott.seaman@mbtlaw.com; sabarbanel@rc.com
Cc:
Subject: David Geronemus' Term Sheet from New York City/ April 21-22////FW: A new fax has
arrived from (Part 1 of 1) on Channel 0
```


Privileged and Confidential

While Hogan & Hartson continues to work on a revised draft, it seemed useful to circulate to all carrier counsel copies of the term sheets that we agreed to work from at the mediation in New York. We can discuss the term sheet further on the 3:00 p.m. call. Thank you. Cliff Hendler (202-624-2928)

2

Granite State Priv 0006813

CONFIDENTIAL

Preliminary and Unchecked                                                                 Privileged and Confidential

| Pay Date | Payment |
|---|---|
| Jan-05 | $130,903,268 |
| Jul-05[1] | $1,705,981 |
| Jan-06 | $78,490,474 |
| Jan-07 | $13,786,328 |
| Jan-08 | $14,228,858 |
| Jan-09 | $11,769,260 |
| Jul-09 | $432,182,333 |
| Jul-10 | $59,500,000 |
| | |
| Total | $742,566,502 |
| NPV | $624,984,393 |

[1] July 2005 payment is not discounted.

Granite State Priv 0006814

CONFIDENTIAL

Preliminary and Unchecked

Privileged and Confidential

Payments by Carrier
Participating Carriers Only
NPV at 5.5%

| Carrier | Participating Carriers Nominal | NPV at 5.5% | Jan 1, 2005 | July 1, 2005[1] | Jan 1, 2006 | Jan 1, 2007 | Jan 1, 2008 | Jan 1, 2009 | July 1, 2009 | July 1, 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| ACE USA Companies[2] | $79,046,410 | $61,459,257 | $0 | $0 | $0 | $0 | $0 | $0 | $62,868,120 | $16,178,291 |
| Aetna Casualty | $8,079,841 | $8,079,841 | $8,079,841 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| AIU | $86,946,859 | $67,691,187 | $0 | $0 | $0 | $0 | $0 | $0 | $71,330,319 | $15,616,541 |
| Allianz | $7,584,664 | $7,584,664 | $7,584,664 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| American Home Assurance | $7,945,647 | $6,149,749 | $0 | $0 | $0 | $0 | $0 | $0 | $5,634,553 | $2,311,095 |
| American Re / American Excess | $11,287,352 | $11,287,352 | $11,287,352 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Appalachian | $22,776,437 | $18,345,538 | $2,081,649 | $0 | $0 | $0 | $0 | $0 | $20,694,788 | $0 |
| Associated International | $344,486 | $344,486 | $344,486 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Birmingham Fire | $1,158,556 | $896,696 | $0 | $0 | $0 | $0 | $0 | $0 | $821,575 | $336,981 |
| Colonial | $120,000 | $120,000 | $20,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Columbia Casualty | $14,402,387 | $12,992,430 | $2,598,486 | $0 | $2,741,403 | $2,892,179 | $3,051,250 | $3,219,069 | $0 | $0 |
| Continental Casualty | $3,016,875 | $2,720,682 | $544,137 | $0 | $574,063 | $605,638 | $638,947 | $674,090 | $0 | $0 |
| Continental Insurance | $9,042,928 | $8,907,692 | $1,781,539 | $0 | $1,879,523 | $1,982,897 | $2,091,955 | $2,207,014 | $0 | $0 |
| ELAC / Employers CU / ESLIC / Falcon | $14,841,651 | $12,673,074 | $2,647,556 | $0 | $2,730,408 | $0 | $0 | $0 | $9,463,686 | $0 |
| Employers Mutual Casualty | $6,770,146 | $6,017,125 | $1,421,504 | $0 | $1,463,636 | $852,623 | $899,317 | $0 | $2,132,865 | $0 |
| Employers Re | $4,020,698 | $3,443,082 | $750,081 | $0 | $757,178 | $0 | $0 | $0 | $2,513,439 | $0 |
| European General | $226,640 | $226,640 | $226,640 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Evanston Insurance | $906,559 | $906,559 | $906,559 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Everest / McKinley / Prudential Reinsurance | $31,492,182 | $24,749,514 | $0 | $0 | $0 | $0 | $0 | $0 | $31,492,182 | $0 |
| F&C | $14,264,657 | $12,852,884 | $2,852,931 | $0 | $3,852,931 | $2,852,931 | $2,852,931 | $2,852,931 | $0 | $0 |
| Federal | $10,046,853 | $10,046,853 | $10,046,853 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fireman's Fund / National Surety | $59,095,971 | $50,239,063 | $14,027,556 | $0 | $4,892,839 | $0 | $0 | $0 | $40,175,556 | $0 |
| Granite | $35,867,253 | $27,888,523 | $0 | $0 | $0 | $0 | $0 | $0 | $26,743,042 | $9,224,211 |
| Harbor | $12,706,762 | $11,509,871 | $2,511,295 | $0 | $2,533,092 | $2,556,087 | $2,580,347 | $2,605,941 | $0 | $0 |
| Hartford | $35,273,435 | $32,928,374 | $15,714,839 | $0 | $16,475,465 | $0 | $0 | $0 | $16,083,110 | $0 |
| INSCO, Ltd. | $104,515 | $104,515 | $104,515 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Insurance Comp. Of State of PA | $112,720 | $87,243 | $0 | $0 | $0 | $0 | $0 | $0 | $79,934 | $32,786 |
| International / ISLIC | $9,240,686 | $8,244,969 | $1,704,633 | $0 | $1,767,467 | $1,831,758 | $1,903,693 | $0 | $2,031,131 | $0 |
| Lexington | $60,123,576 | $46,869,217 | $0 | $0 | $0 | $0 | $0 | $0 | $50,811,191 | $9,312,385 |
| National Union | $30,924,972 | $24,037,941 | $0 | $0 | $0 | $0 | $0 | $0 | $24,437,262 | $6,487,710 |
| Northbrook | $85,267,943 | $72,921,937 | $15,586,384 | $0 | $15,886,502 | $0 | $0 | $0 | $53,794,757 | $0 |
| Northwestern National Insurance Company | $3,411,962 | $3,411,962 | $1,705,981 | $1,705,981 | $0 | $0 | $0 | $0 | $0 | $0 |
| Providence Washington | $229,243 | $229,243 | $229,243 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Puritan | $5,831,720 | $5,131,208 | $1,345,062 | $0 | $1,354,459 | $0 | $0 | $0 | $2,932,199 | $0 |
| Royal | $30,000 | $30,000 | $30,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sentry / Great Southwest Fire | $441,148 | $441,148 | $441,148 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Stonewall | $11,823,376 | $10,956,390 | $2,109,798 | $0 | $2,370,972 | $0 | $0 | $0 | $3,142,606 | $0 |
| Swiss Re | $224,751 | $224,751 | $224,751 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Transcontinental | $1,051,071 | $967,047 | $210,214 | $0 | $210,214 | $210,214 | $210,214 | $210,214 | $0 | $0 |
| Yosemite | $1,193,292 | $1,193,292 | $1,193,292 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Zurich | $190,270 | $190,270 | $190,270 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total | $713,566,501 | $614,984,393 | $130,903,368 | $1,705,981 | $78,490,474 | $13,786,328 | $14,228,658 | $11,769,260 | $432,182,333 | $59,500,000 |

[1] July 1, 2005 payment is not discounted.
[2] Includes Aetna Insurance, California Union, Central National, INA, Pacific Employers, St. Paul Mercury, and US Fire.

Granite State Priv 0006815

CONFIDENTIAL