USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|16|13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                        :
GRANITE STATE INSURANCE CO.,                            :
                                                        :
                                   *Plaintiff*,         :
                                                        :        09 Civ. 10607 (RKE)
                  -against-                             :
                                                        :        **ORDER**
CLEARWATER INSURANCE CO.,                               :
                                                        :
                                   *Defendant*.         :
                                                        :
-------------------------------------------------------x

      Upon review of the record, the status of the First and Second Causes of Action asserted in the Second Amended Complaint (i.e., the Colt Industries, Inc. matters) is unclear. The dispute as to payment under facultative certificate S25273 does not, from a review of the docket, appear to have been resolved and does not appear to have been briefed as part of the pending cross-motions for summary judgment. Accordingly, it is ordered that the parties shall confer and the plaintiff shall inform the court, in writing, as to the status of those causes of action no later than 5:00 p.m. on July 22, 2013.

      It is SO ORDERED.

Dated:     July 8, 2013
           New York, New York

                        /S/        Richard K. Eaton
                                   Judge

---

* Judge Richard K. Eaton of the United States Court of International Trade, sitting by designation.